UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATHWAY IP LLC, ) | |
| ) | Case No. 1:24-cv-5218 |
| Plaintiff, ) | |
| ) | Judge: Hon. Franklin U. Valderrama |
| v. ) | |
| ) | Magistrate Judge Jeffrey T. Gilbert. |
| The Individuals, Corporations, Limited ) | |
| Liability Companies, Partnerships, and ) | JURY TRIAL DEMANDED |
| Unincorporated Associations Identified on the ) | |
| Attached Schedule A ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants iphotoxx, Lixinshunyi, Photo Guard, RUIHOTOR, catchpiccus, HiFocusiUS, QiHuichang, ShiQiaoShang, VividNWUS, XingBoom, XuanXiuUS, Jinsnow, and ShutterLight (collectively, "Moving Defendants"), respectfully move this Court to file under seal Moving Defendants' Answer, Affirmative Defenses and Counterclaims, and Moving Defendants' Emergency Motion to Dissolve or Modify the *Ex Parte* Temporary Restraining Order, and accompanying exhibits.

Local Rule 26.2 provides that the Court may determine that a particular document or exhibit merits restricted status before any party may file such materials under seal. See *See* LR 26.2. The Court restricts access to a document only for "good cause shown." *See* LR 26(b). In support of its Motion for Leave to File Under seal, Moving Defendants state as follows:

1) Moving Defendants seek to seal information related to Plaintiff's patent because Plaintiff filed its Verified Complaint under seal redacting this information; and

2) Moving Defendants further seek to seal information related to its percentage of sales of the accused products because that information is highly confidential and attorney-eyes only. The public disclosure of that information may be potentially harmful to the Moving Defendant's businesses.

WHEREFORE, Moving Defendants respectfully request that the Court grant its Motion for Leave to Filed Under Seal, in order to permit Moving Defendants to file under seal Moving Defendants' Answer, Affirmative Defenses and Counterclaims, and Moving Defendants' Emergency Motion to Dissolve or Modify the *Ex Parte* Temporary Restraining Order, and accompanying exhibits.

Respectfully submitted,

Dated: July 15, 2024

*/s/ Jacqueline Brousseau*
Jacqueline Brousseau
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400
Jacqueline.brousseau@gtlaw.com

Jonathan D. Ball (*pro hac vice* forthcoming)
Giancarlo L. Scaccia (*pro hac vice* forthcoming)
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 801-9200
ballj@gtlaw.com
scacciag@gtlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below, I electronically filed the foregoing **MOTION FOR LEAVE TO FILE UNDER SEAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

Dated: July 15, 2024          */s/ Jacqueline Brousseau*