UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATHWAY IP LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on the Attached Schedule A <br> *Defendants.* | Case No. 1:24-cv-5218 <br><br> Judge: Hon. Franklin U. Valderrama <br><br> Magistrate Judge Jeffrey T. Gilbert. |

## DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL

Defendants Yarrashop Direct and Luxsure-US (collectively, the "Moving Defendants"), respectfully move this Court to file under seal Moving Defendants' Motion to Dismiss for Improper Joinder.

Local Rule 26.2 provides that the Court may determine that a particular document or exhibit merits restricted status before any party may file such materials under seal. See LR 26.2. The Court restricts access to a document only for "good cause shown." See LR 26(b).

In support of its Motion for Leave to File Under Seal, Moving Defendants state as follows:

Moving Defendants seek to seal information related to the accused products because Plaintiff filed its Verified Complaint under seal redacting this information.

WHEREFORE, Moving Defendants respectfully request that the Court grant its Motion for Leave to File Under Seal, in order to permit Moving Defendants to file under seal Motion to Dismiss for Improper Joinder.

Dated: August 2, 2024

                                              Respectfully Submitted,

                                              */s/ Qianwu Yang*
                                              Qianwu Yang
                                              yang@shm.law
                                              Yi Yi
                                              yi.yi@shm.law
                                              SHM LAW FIRM
                                              3000 El Camino Real
                                              Building 4, Suite 200
                                              Palo Alto, CA 94306
                                              Telephone: (650) 613-9737

                                              *Counsel for Defendants, Yarrashop Direct and Luxsure-US*

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing MOTION FOR LEAVE TO FILE UNDER SEAL with the Clerk of Court using the CM/ECF system, which will send notification of such filings to all counsel of record.

Dated: August 2, 2024

*/s/ Yi Yi*

Yi Yi
