IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATHWAY IP LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON THE ATTACHED SCHEDULE "A,"<br><br>　　　　Defendants. | Case No.: 1:24-cv-05218<br><br>Judge Franklin U. Valderrama<br><br>Magistrate Judge Jeffrey T. Gilbert<br><br>JURY TRIAL DEMAND |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff Pathway IP LLC ("Plaintiff") seeks entry of a preliminary injunction (the "Motion") against certain Defendants in this case. The relief sought in the requested preliminary injunction is practically identical to the relief already granted in the Temporary Restraining Order filed and entered by this Court on July 9, 2024. *See* [15]. In support of its Motion, Plaintiff files herewith a Brief in Support of its Motion for Preliminary Injunction.

1

DATED: August 6, 2024

Respectfully Submitted,

/s/ Nicholas S. Lee
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
T: (847) 969-9123
F: (847) 969-9124

*Counsel for Plaintiff Pathway IP LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 6th day of August 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system and I, or someone at my instruction, will send an email to the email addresses identified in Exhibit A hereto that includes all this document and all other relevant documents.

/s/ Nicholas S. Lee
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
T: (847) 969-9123
F: (847) 969-9124

*Counsel for Plaintiff Pathway IP LLC*