# EXHIBIT A

Case: 1:24-cv-05218 Document #: 69-1 Filed: 08/06/24 Page 2 of 3 PageID #:1117





# Products

⚙ Filter and sort  Filter

Sort by: Alphabetically, A-Z ⌄

4 products



**Desktop Ring Light with Adjustable Stand**

$24.99 USD

Add to cart



**Phone Ring Light**

$14.99 USD

Add to cart




**Ring Light Clip On For Laptop**

$19.99 USD

Add to cart



**Tri Pod Ring Light**

$29.99 USD

Add to cart

PIP-000001

PIP-000002