# EXHIBIT B

Case: 1:24-cv-05218 Document #: 69-2 Filed: 08/06/24 Page 2 of 44 PageID #:1120

# [Video Chat Light](#)

[Shopping Cart](#) [Customer Service](#)

- [home](#)
- [laptop VCL](#)
- [ipad VCL](#)
- [about us](#)
- [contact](#)



[Order Chat Light Now!](#)

## About the Founders



Henry Geddes, a Founder of Splashlight Studios of NYC, LA and Miami saw a problem with video chat. [Learn More...](#)

close

PIP-000003

Case: 1:24-cv-05218 Document #: 69-2 Filed: 08/06/24 Page 3 of 44 PageID #:1121

## Before And After



 Get out of the darkness and look so much better with a Chat Light! [Learn More...](#)

## try it risk free

 If for any reason, you're not 100% delighted with your Chat Light, simply return it for a prompt courteous refund of your purchase price. Learn More...

### Try Chat Light Risk Free!

If, for any reason, you're not delighted with your initial shipment, simply return the Chat Light for a prompt, courteous refund of your purchase price. Shipping and handling not included.

## chat light articles

- [Does This Web Cam Light Work With All Monitors?](#)
- [Is The Web Camera Or Chat Light More Important?](#)
- [The Correlation Between Attractiveness And Success.](#)
- [The Importance Of First Impressions.](#)
- [Using The VCL As A Skype Light.](#)
- [What Is A Video Chat Light?](#)
- [Why Can't I Use My Desk Lamp?](#)
- [Why Have I Not Seen Webcam Lights Before?](#)
- [Why Is Lighting So Important With Cameras?](#)
- [Will A Video Chat Light Make Me Look Better?](#)

Copyright © 2013 Chat Light

PIP-000004

All Rights Reserved

## contact us

| Your Name | | Your E-Mail | | Your Message | Submit |

## Connect

- Twitter
- Facebook
- YouTube
- Vimeo
- LinkedIn

## Our Patent



**US PATENT
7,841,729**

## Brought to you by



PIP-000005



# Desktop Ring Light with Adjustable Stand

$24.99 USD

Quantity

−  1  +

Add to cart

PIP-000006

Buy with

More payment options

**Ring Light with Stand:**

A must have for vloggers, students or for anybody who wants to take better selfies. Includes a 8" Ring Light, Stand, USB Cable & Phone Holder

**Three Light Settings:**

The desktop ring light can be set to White, Yellow & Daylight to adapt to any setting. This feature is perfect for photography lighting, video lighting, makeup light, or as a picture light

Universal Compatibility:

Whether you're using an iPhone or any other brand, the adjustable phone holder will fit your device perfectly

**Versatile Shooting Angles:**

The phone holder & ring light holder can be adjusted for optimum lighting and shooting angles. Create the perfect shots & more dramatic photoshoots with the different lightings with this versatile ring light

**Adjustable Stand:**

This light ring comes with a 10" adjustable stand with a stable metal base. Versatile light that works best for livestreaming, video conferencing, content creation, reading, studying, applying makeup, selfies or product photography

US Patent 7841729B2

⬆ Share

## You may also like



**Phone Ring Light**



**Tri Pod Ring Light**



**Ring Light Clip On For Laptop**

PIP-000007



›

# Phone Ring Light

$14.99 USD

Quantity

| − | 1 | + |

Add to cart

PIP-000008

Buy with

More payment options

Clip on Ring Light for Phone or Laptop:

This mini, portable ring light easily clips on to any cell phone or laptop. Perfect for content creators, this selfie light instantly brightens & improves your photo & video quality

**Dimmable with Three Light Modes:**

 This phone light offers three adjustable light modes to suit your needs. Choose from Warm Light, Cool Light or Daylight & adjust the brightness to achieve optimum lighting effect

**Rechargeable and Portable:**

 The ring light has a USB port for easy charging, so you can bring it with you anytime, anywhere. It's compact size makes it easy to fit in bags, backpacks or purse for an instant glow up light when taking selfies

**Multi-purpose Light:**

Great as a light for phone, laptop or computer monitor. Ideal for video conferencing, streaming or as a selfie light.
Versatile Compatibility: Works with all devices - phones, tablets or laptops. Clips are padded to prevent scratches on your screen. Easy to use, just clip on your device start taking selfies!

US Patent 7841729B2

⬆ Share

PIP-000009





# Products

Filter and sort  Filter

Sort by:  Alphabetically, A-Z ⌄

4 products



**Desktop Ring Light with Adjustable Stand**

$24.99 USD

Add to cart



**Phone Ring Light**

$14.99 USD

Add to cart




**Ring Light Clip On For Laptop**

$19.99 USD

Add to cart



**Tri Pod Ring Light**

$29.99 USD

Add to cart

PIP-000011



PIP-000012



PIP-000013



PIP-000014



PIP-000015



>

# Ring Light Clip On For Laptop

$19.99 USD

Quantity

—  1  +

Add to cart

PIP-000016

Case: 1:24-cv-05218 Document #: 69-2 Filed: 08/06/24 Page 16 of 44 PageID #:1134

Buy with

More payment options

Clip on Ring Light for Laptop: This mini, portable ring light easily clips on to any cell phone or laptop. Perfect for content creators, this selfie light instantly brightens & improves your photo & video quality

Dimmable with Three Light Modes: This phone light offers three adjustable light modes to suit your needs. Choose from Warm Light, Cool Light or Daylight & adjust the brightness to achieve optimum lighting effect

Rechargeable and Portable: The ring light has a USB port for easy charging, so you can bring it with you anytime, anywhere. It's compact size makes it easy to fit in bags, backpacks or purse for an instant glow up light when taking selfies

Multi-purpose Light: Great as a light for phone, laptop or computer monitor. Ideal for video conferencing, streaming or as a selfie light.

Versatile Compatibility: Works with all devices - phones, tablets or laptops. Clips are padded to prevent scratches on your screen. Easy to use, just clip on your device start taking selfies!

Illuminate your selfie game and level up your content creation with our versatile Clip on Ring Light. This compact and portable 4" ring light can be used for taking selfies, video recording & conferencing, applying makeup, creating content for Tiktok, Instagram or Facebook, reading, studying or as an instant flashlight in the car.

With three light modes (Warm Light, Cool Light & Daylight), our ring light can accommodate your lighting needs whether you're shooting during the day or at night. The dimmable feature allows you to fine-tune your lighting to get just the right glow for your photos or videos.

The clip-on design is compatible with phones, tablets, laptops, computer monitors and car mirrors. A versatile tool and an essential addition to your streaming accessories. Our 4" ring light is USB rechargeable, so you can easily power it up anytime, anywhere. No more worrying about batteries! Plus, it's LED, which means it's energy-efficient and will last you a long time.

Ideal for photography or even for makeup application, this ring light for iPhone also comes in handy for Zoom meetings, ensuring you look your best even in virtual meetings. This portable ring light is easy to carry and will fit perfectly in your bag.

US Patent 7841729B2

⬆ Share

PIP-000017







PIP-000018



PIP-000019



PIP-000020



PIP-000021



PIP-000022



PIP-000023



PIP-000024

PIP-000025

PIP-000026

PIP-000027

PIP-000028

PIP-000029



NaN/-Infinity

PIP-000030



PIP-000031



PIP-000032



PIP-000033



PIP-000034



PIP-000035



PIP-000036



PIP-000037



PIP-000038



PIP-000039



PIP-000040



PIP-000041



PIP-000042



›

# Tri Pod Ring Light

$29.99 USD

Quantity

| − | 1 | + |

### Add to cart

PIP-000043

Buy with

More payment options

Ring Light with Stand: A must have for vloggers, students or for anybody who wants to take better selfies. Includes a 10" Ring Light, Tripod Stand, Phone Holder & a Bluetooth Wireless Remote

Three Light Settings: The ring light can be set to White, Yellow and Daylight to adapt to any setting. This feature is perfect for photography lighting, video lighting, makeup light, or an extra light source

Bluetooth Remote Control: The ring light with tripod comes with a Bluetooth remote control. This handy feature allows you to take photos and videos at a distance

Versatile Shooting Angles: The phone holder & tripod head can be adjusted for optimum lighting and shooting angles. Create perfect shots & more dramatic photoshoots with the different lightings of this versatile ring light with tripod

Adjustable Tripod Stand: This light ring comes with a 5 feet adjustable tripod stand. With a stable base that is suitable for different floor surfaces. With a collapsible design that's compact & portable

**What's Included:**

1x 10" Ring Light

1x Phone Holder

1x 5 ft. Tripod Stand

1x Bluetooth Remote Control

1x USB Power Cable

The Ring Light Tripod with phone holder is an important tool for influencers, makeup artists, and content creators. The ring light with tripod stand is useful for online conferencing, vlogging, tutorials, product photography, video recording, selfies or livestreaming.

Our ring light tripod is equipped with a 10" ring light with 3 light settings. Choose the perfect lighting, use Cool White, Warm Yellow or Daylight. It provides a professional-quality light to improve your videos and photos. Adjustable brightness lets you choose the best lighting condition that complements your best features.

The ring light with USB cord comes with a 5-foot adjustable tripod stand. This cell phone tripod stand can hold your phone securely while you capture the perfect shot. Our ring light with phone holder offers a perfect balance of light, eliminating shadows and casting a soft light on your face. Ideal for photoshoots, video calls, or zoom meetings.

The Bluetooth remote control that lets you take photos or start and stop video recording from a distance. The tripod has a portable & collapsible design that's easy to set up and store. Whether you're a professional photographer or a social media influencer, our Ring Light Tripod is your perfect partner!

US Patent 7841729B2

PIP-000044

Share

PIP-000045