# EXHIBIT 2

#1 - Legee Tech a/k/a ShenZhenShiLiJingDianZiShangWuYouXianGongSi
https://www.amazon.com/Bi-Color-3000-5800K-YouTube-Photography-Tablets/dp/B08Q2YYBD3
Screenshots:



Screenshot Date: 16-06-2024 8:30AM



Screenshot Date: 16-06-2024 8:30AM

#2 - Luxsure-US a/k/a ShenzhenShi JiMiNuo HuWaiYongPin YouXianGongSi
https://www.amazon.com/Overhead-Camera-Recording-YouTube-Cooking/dp/B0C1B2Y91R
Screenshots:



Screenshot Date: 16-06-2024 8:27AM



Screenshot Date: 16-06-2024 8:28AM

#2 - Luxsure-US a/k/a ShenzhenShi JiMiNuo HuWaiYongPin YouXianGongSi
https://www.amazon.com/Selfie-Holder-Overhead-Recording-YouTube/dp/B09C7R8NQK
Screenshots:



Screenshot Date: 16-06-2024 8:28AM



Screenshot Date: 16-06-2024 8:28AM

#3 - BINBIN-Direct a/k/a guang zhou jia ge si ke ji you xian gong si
https://www.amazon.com/Tirkod-Rechargeable-Recording-Photography-Streaming/dp/B0CT387V9M
Screenshots:



Screenshot Date: 16-06-2024 7:53AM



Screenshot Date: 16-06-2024 7:53AM

#4 - ATKTTOP Direct a/k/a Nanjinglaoweijiushangmaoyouxiangongsi
https://www.amazon.com/Overhead-ATKTTOP-Anti-Shaking-Recording-Streaming/dp/B0BGHXR9G1
Screenshots:



Screenshot Date: 15-06-2024 21:43PM



Screenshot Date: 15-06-2024 21:44PM

#5 - BONFOTO a/k/a xuzhou dongkeweiyeshangmaoyouxiangongsi
https://www.amazon.com/BONFOTO-Dimmable-Ringlight-Photography-Compatible/dp/B082M1PH6P
Screenshots:



Screenshot Date: 15-06-2024 21:38PM



Screenshot Date: 15-06-2024 21:38PM

#6 - Unicucp US a/k/a shen zhen shi pei xuan wu jin zhi pin you xian gong si
https://www.amazon.com/2800mAh-Rechargeable-Unicucp-Recording-YouTube/dp/B0CRZ5VMN4
Screenshots:



Screenshot Date: 15-06-2024 21:36PM



Screenshot Date: 15-06-2024 21:37PM

#7 - vividNWUS a/k/a Shenzhen BaiNaChuan Technology CO LTD
https://www.amazon.com/dp/B01LXDNNBW?psc=1
Screenshots:



Screenshot Date: 16-06-2024 7:42AM



Screenshot Date: 16-06-2024 7:43AM

#8 - XingBoom a/k/a shenzhenshixingwangcaidianzishangwuyouxiangongsi
https://www.amazon.com/dp/B01LXDNNBW?psc=1
Screenshots:



Screenshot Date: 16-06-2024 22:10PM



Screenshot Date: 16-06-2024 22:11PM

#9 - ShutterLight a/k/a Shenzhen Ronglida Technology Co Ltd
https://www.amazon.com/dp/B01LXDNNBW?psc=1
Screenshots:



Screenshot Date: 16-06-2024 22:08PM



Screenshot Date: 16-06-2024 22:08PM

#10 - HiFocusiUS a/k/a NiHao WangLuo KeJi ShenZhen YouXianGongSi
https://www.amazon.com/dp/B01LXDNNBW?psc=1
Screenshots:



Screenshot Date: 16-06-2024 22:06PM



Screenshot Date: 16-06-2024 22:07PM

#11 - ShiQiaoShang a/k/a CHENGDUSHISHIQIAOSHANGKEJIYOUXIANGONGSI
https://www.amazon.com/dp/B01LXDNNBW?psc=1
Screenshots:



Screenshot Date: 16-06-2024 22:04PM



Screenshot Date: 16-06-2024 22:05PM

#12 - Jinsnow a/k/a SHENZHENSHIJINZHINANGKEJIYOUXIANGONGSI
https://www.amazon.com/dp/B01LXDNNBW?psc=1
Screenshots:



Screenshot Date: 16-06-2024 22:03PM



Screenshot Date: 16-06-2024 22:03PM

#13 - XuanXiuUS a/k/a yiwuxuanxiumaoyiyouxiangongsi
https://www.amazon.com/dp/B01LXDNNBW?psc=1
Screenshots:



Screenshot Date: 16-06-2024 22:01PM



Screenshot Date: 16-06-2024 22:01PM

#14 - Photo Guard a/k/a ZENG YAN
https://www.amazon.com/dp/B01LXDNNBW?psc=1
Screenshots:



Screenshot Date: 16-06-2024 21:59PM



Screenshot Date: 16-06-2024 21:59PM

#15 - PANYINYING a/k/a Shenzhenshi xinxiaoying kejiyouxiangongsi
https://www.amazon.com/dp/B082P2GZR1?psc=1
Screenshots:



Screenshot Date: 16-06-2024 21:55PM



Screenshot Date: 16-06-2024 21:56PM

#16 - Qirui-US a/k/a Shenzhenshi Qiruijue Keji Youxiangongsi
https://www.amazon.com/dp/B082P2GZR1?psc=1
Screenshots:



Screenshot Date: 16-06-2024 21:54PM



Screenshot Date: 16-06-2024 21:54PM

#17 - Sensynec a/k/a Shenzhen Jutongchengshiye Youxiangongsi
https://www.amazon.com/dp/B08B3X7NXC?psc=1
Screenshots:



Screenshot Date: 16-06-2024 21:52PM



Screenshot Date: 16-06-2024 21:53PM

#18 - xiechengyu-us a/k/a foshanshikekuzhenxuandianziyouxiangongsi
https://www.amazon.com/dp/B08YJPJLFV?psc=1
Screenshots:



Screenshot Date: 16-06-2024 21:48PM



Screenshot Date: 16-06-2024 21:49PM

#19 - fubin-us a/k/a Guizhou Fengdian Trading Co., Ltd.
https://www.amazon.com/dp/B08YJPJLFV?psc=1
Screenshots:



Screenshot Date: 16-06-2024 21:46PM



Screenshot Date: 16-06-2024 21:46PM

#20 - gxlong-US a/k/a TaiYuanXinBeiLuoShangMaoYouXianGongSi
https://www.amazon.com/dp/B08YJPJLFV?psc=1
Screenshots:



Screenshot Date: 16-06-2024 21:44PM



Screenshot Date: 16-06-2024 21:45PM

#21 - GSJ-US a/k/a FOSHANSHICHENGHUNANDIANZIYOUXIANGONGSI
https://www.amazon.com/dp/B08YJPJLFV?psc=1
Screenshots:



Screenshot Date: 16-06-2024 21:42PM



Screenshot Date: 16-06-2024 21:43PM

#22 - weiying-US a/k/a guangzhouxizhilindianzishangwuyouxiangongsi
https://www.amazon.com/dp/B08YJPJLFV?psc=1
Screenshots:



Screenshot Date: 16-06-2024 21:40PM



Screenshot Date: 16-06-2024 21:40PM

#23 - HUJIYUAN a/k/a ShiJiaZhuangYuanDingShangMaoYouXianGongSi
https://www.amazon.com/dp/B08YJPJLFV?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:51PM



Screenshot Date: 16-06-2024 20:52PM

#24 - HXT-us a/k/a foshanshiyaoyaokundianziyouxiangongsi
https://www.amazon.com/dp/B08YJPJLFV?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:50PM



Screenshot Date: 16-06-2024 20:50PM

#25 - Kaiess Store a/k/a you wo de ke ji shen zhen you xian gong si
https://www.amazon.com/dp/B086ZXS6K3?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:49PM



Screenshot Date: 16-06-2024 20:49PM

#26 - Wanfaau a/k/a shenzhenshiwanfakejiyouxiangongsi
https://www.amazon.com/dp/B0B74D8SMH?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:48PM



Screenshot Date: 16-06-2024 20:48PM

#27 - Woputne-US a/k/a shen zhen shi ai wei te mao yi you xian gong si
https://www.amazon.com/dp/B07PV6CK2P?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:47PM



Screenshot Date: 16-06-2024 20:47PM

#28 - Herrfilk a/k/a Yichun Hongdian Keji Youxian Gongsi
https://www.amazon.com/dp/B0BXL7RQXK?psc=1
Screenshots:



Screenshot Date: 16-06-2024 8:25AM



Screenshot Date: 16-06-2024 8:26AM

#28 - Herrfilk a/k/a Yichun Hongdian Keji Youxian Gongsi

https://www.amazon.com/Ringlight-Musical-Brightness-Dimmable-Photography/dp/B0921FKHY1

Screenshots:



Screenshot Date: 16-06-2024 8:26AM



Screenshot Date: 16-06-2024 8:27AM

#29 - Kimwood Official a/k/a foshanshishuzishangmaoyouxiangongsi
https://www.amazon.com/dp/B097SS6K9M?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:46PM



Screenshot Date: 16-06-2024 20:46PM

#30 - CCJDSMUS a/k/a ChangChunShiJunDiDianZiShangWuYouXianGongSi
https://www.amazon.com/dp/B097SS6K9M?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:45PM



Screenshot Date: 16-06-2024 20:45PM

#31 - junwangqiangsji a/k/a pingdingxingqiuchenshangmaoyouxiangongsi
https://www.amazon.com/dp/B097SS6K9M?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:44PM



Screenshot Date: 16-06-2024 20:44PM

#32 - Tonglisheng a/k/a shenzhenshi tonglishengkeji youxiangongsi
https://www.amazon.com/dp/B097SS6K9M?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:42PM



Screenshot Date: 16-06-2024 20:42PM

#33 - MEIXIANCI a/k/a Xiangyangshimeixiancishangmaoyouxiangongsi
https://www.amazon.com/dp/B097SS6K9M?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:41PM



Screenshot Date: 16-06-2024 20:41PM

#34 - xichenyouxianmaoyi a/k/a jinzhongshitaiguqushengxiangshangmaoyouxiangongsi
https://www.amazon.com/dp/B08JHWZ44S?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:39PM



Screenshot Date: 16-06-2024 20:40PM

#35 - Xin Fox a/k/a yiwushixinchuangtongxunshebeiyouxiangongsi
https://www.amazon.com/dp/B08JHWZ44S?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:38PM



Screenshot Date: 16-06-2024 20:38PM

#36 - Winseting a/k/a yiwushiwensetingdianzishangwuyouxiangongsi
https://www.amazon.com/dp/B08JHWZ44S?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:36PM



Screenshot Date: 16-06-2024 20:37PM

#37 - TODI INC. a/k/a Shenzhenshi Santian Shiye Youxiangongsi
https://www.amazon.com/dp/B083988KK3?psc=1
Screenshots:



Screenshot Date: 15-06-2024 21:42PM



Screenshot Date: 15-06-2024 21:43PM

#37 - TODI INC. a/k/a Shenzhenshi Santian Shiye Youxiangongsi
https://www.amazon.com/dp/B0CLGZTZY4?psc=1
Screenshots:



Screenshot Date: 15-06-2024 21:40PM



Screenshot Date: 15-06-2024 21:40PM

#37 - TODI INC. a/k/a Shenzhenshi Santian Shiye Youxiangongsi
https://www.amazon.com/TODI-Tripod-Selfie-Wireless-Photography/dp/B0B6JNNL3K
Screenshots:



Screenshot Date: 15-06-2024 21:41PM



Screenshot Date: 15-06-2024 21:42PM

#38 – INTENTIONALLY BLANK

#39 - SHQ Global a/k/a Longyanshuihengqinghuanbaokejiyouxiangongsi
https://www.amazon.com/dp/B0BKFKWN6F?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:35PM



Screenshot Date: 16-06-2024 20:35PM

#40 - STALLY a/k/a Shenzhen Chenfeng Keji Youxian Gongsi
https://www.amazon.com/dp/B0CT3HQHPX?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:34PM



Screenshot Date: 16-06-2024 20:34PM

#41 - Okshopping a/k/a zhuobin li
https://www.amazon.com/dp/B07NKRPZXN?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:33PM



Screenshot Date: 16-06-2024 20:33PM

#42 - XITENG TECH a/k/a SHENZHENSHIXITENGKEJIYOUXIANGONGSI
https://www.amazon.com/dp/B0BVMG4SVZ?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:31PM



Screenshot Date: 16-06-2024 20:31PM

#42 - XITENG TECH a/k/a SHENZHENSHIXITENGKEJIYOUXIANGONGSI
https://www.amazon.com/dp/B0B3DJ6TP1?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:31PM



Screenshot Date: 16-06-2024 20:32PM

#42 - XITENG TECH a/k/a SHENZHENSHIXITENGKEJIYOUXIANGONGSI
https://www.amazon.com/dp/B08B3X7NXC?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:32PM



Screenshot Date: 16-06-2024 20:32PM

#43 - Aixiangpai a/k/a Shenzhenshiaixiangpaidianzishangwuyouxiangongsi
https://www.amazon.com/dp/B07QJXCB28?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:30PM



Screenshot Date: 16-06-2024 20:30PM

#43 - Aixiangpai a/k/a Shenzhenshiaixiangpaidianzishangwuyouxiangongsi
https://www.amazon.com/dp/B07Q3471S2?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:30PM



Screenshot Date: 16-06-2024 20:30PM

#44 - Rosesy a/k/a Rosesy Beauty Limited
https://www.amazon.com/dp/B0BS6DXX8K?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:26PM



Screenshot Date: 16-06-2024 20:26PM

#45 - ULANZI Official US Store a/k/a SHENZHEN 7 BASKETS TECHNOLOGY CO., LTD
https://www.amazon.com/dp/B0CRK8X6NL?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:24PM



Screenshot Date: 16-06-2024 20:25PM

#46 - KEJUXING a/k/a jiangmenkejuxingguangdianyouxiangongsi
https://www.amazon.com/dp/B0BV6JSF9R?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:23PM



Screenshot Date: 16-06-2024 20:24PM

#47 - Lion-Y a/k/a Shangrao Duming E-commerce Co., Ltd
https://www.amazon.com/dp/B0CCL43P8J?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:22PM



Screenshot Date: 16-06-2024 20:23PM

#48 - iphoto digit a/k/a shen zhen shi yin xi si ke ji you xian gong si
https://www.amazon.com/dp/B07J4Y3Q6Z?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:21PM



Screenshot Date: 16-06-2024 20:22PM

#49 - BLights a/k/a Hongkong Qianzong Technology Co., Limited
https://www.amazon.com/dp/B08L5VKNWR?psc=1
Screenshots:



Screenshot Date: 16-06-2024 20:20PM



Screenshot Date: 16-06-2024 20:21PM

#50 - Lixinshunyi a/k/a shenzhenlixinshunyikejiyouxiangongsi
https://www.amazon.com/dp/B00ZL177PO?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:30AM



Screenshot Date: 16-06-2024 11:31AM

#51 - Peyou US Ltd a/k/a PE YOU TRADING LIMITED
https://www.amazon.com/dp/B0C49GZ26V?psc=1
Screenshots:



Screenshot Date: 16-06-2024 8:06AM



Screenshot Date: 16-06-2024 8:06AM

#51 - Peyou US Ltd a/k/a PE YOU TRADING LIMITED
https://www.amazon.com/dp/B0C9Z8DHZJ?psc=1
Screenshots:



Screenshot Date: 16-06-2024 8:04AM



Screenshot Date: 16-06-2024 8:04AM

#51 - Peyou US Ltd a/k/a PE YOU TRADING LIMITED
https://www.amazon.com/dp/B0CDKRXCK9?psc=1
Screenshots:



Screenshot Date: 16-06-2024 7:59AM



Screenshot Date: 16-06-2024 8:00AM

#51 - Peyou US Ltd a/k/a PE YOU TRADING LIMITED
https://www.amazon.com/dp/B0CF1YG6QT?psc=1
Screenshots:



Screenshot Date: 16-06-2024 7:59AM



Screenshot Date: 16-06-2024 7:59AM

#51 - Peyou US Ltd a/k/a PE YOU TRADING LIMITED
https://www.amazon.com/PEYOU-Dimmable-Ringlight-Photography-Compatible/dp/B08PKK7M9H
Screenshots:



Screenshot Date: 16-06-2024 8:07AM



Screenshot Date: 16-06-2024 8:08AM

#52 - Stalker US a/k/a STALKER HK CO., LIMITED
https://www.amazon.com/dp/B0BXPJZ93B?psc=1
Screenshots:



Screenshot Date: 15-06-2024 21:46PM



Screenshot Date: 15-06-2024 21:46PM

#52 - Stalker US a/k/a STALKER HK CO., LIMITED
https://www.amazon.com/dp/B0BLHHV648?psc=1
Screenshots:



Screenshot Date: 16-06-2024 7:28AM



Screenshot Date: 16-06-2024 7:29AM

#52 - Stalker US a/k/a STALKER HK CO., LIMITED
https://www.amazon.com/dp/B0CP3XCSRX?psc=1
Screenshots:



Screenshot Date: 15-06-2024 21:45PM



Screenshot Date: 15-06-2024 21:45PM

#52 - Stalker US a/k/a STALKER HK CO., LIMITED
https://www.amazon.com/Computer-lighting-Conference-Recording-Streaming/dp/B088LLK89G
Screenshots:



Screenshot Date: 16-06-2024 7:39AM



Screenshot Date: 16-06-2024 7:39AM

#52 - Stalker US a/k/a STALKER HK CO., LIMITED
https://www.amazon.com/Evershop-Key-Light-Professional-Photography/dp/B0B6V16YD9
Screenshots:



Screenshot Date: 16-06-2024 7:38AM



Screenshot Date: 16-06-2024 7:38AM

#53 - Lanyuantai a/k/a shen zhen shi lan yuan tai ke ji you xian gong si
https://www.amazon.com/dp/B07JX79GBS?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:29AM



Screenshot Date: 16-06-2024 11:29AM

#54 - FLYSKY a/k/a huizhoushi huayun keji youxiang gongsi
https://www.amazon.com/dp/B08LZKSMRH?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:28AM



Screenshot Date: 16-06-2024 11:28AM

#55 - wonderful LIFE a/k/a shenzhenshijinfengxindianziyouxiangongsi
https://www.amazon.com/dp/B08LZKSMRH?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:27AM



Screenshot Date: 16-06-2024 11:27AM

#56 - Inkeltech a/k/a Haining Di Long Co., Ltd.
https://www.amazon.com/dp/B07MMM888W?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:26AM



Screenshot Date: 16-06-2024 11:26AM

#57 - Pixel Lighting a/k/a Shen zhen shi rui de xiang mao yi you xian gong si
https://www.amazon.com/dp/B07PPKVNJJ?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:25AM



Screenshot Date: 16-06-2024 11:25AM

#58 - catchpiccus a/k/a shenzhenshiruilidakejiyouxiangongsi
https://www.amazon.com/dp/B07ZF5V9LZ?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:23AM



Screenshot Date: 16-06-2024 11:23AM

#58 - catchpiccus a/k/a shenzhenshiruilidakejiyouxiangongsi
https://www.amazon.com/dp/B01LXDNNBW?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:25AM



Screenshot Date: 16-06-2024 11:25AM

#59 - Bekada a/k/a Guangzhou Bilian Technology Co., Ltd - Chenru
https://www.amazon.com/dp/B08GKKR9HF?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:22AM



Screenshot Date: 16-06-2024 11:22AM

#60 - Yarrashop Direct a/k/a Shenzhen Massa photography equipment CO.,Ltd
https://www.amazon.com/dp/B095741MZS?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:21AM



Screenshot Date: 16-06-2024 11:21AM

#61 - AMTLJ-US a/k/a shanghaishitianlaijunkejiyouxiangongsi
https://www.amazon.com/dp/B08F22QJHK?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:20AM



Screenshot Date: 16-06-2024 11:20AM

#62 - Jian jin company a/k/a YuYao Jian Jin SuYe You Xian Gong Si
https://www.amazon.com/dp/B09J56CXTY?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:19AM



Screenshot Date: 16-06-2024 11:19AM

#63 - xingtaisuixi a/k/a xingtaixisuiwenhuachuanboyouxiangongsi
https://www.amazon.com/dp/B09WR91S14?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:18AM



Screenshot Date: 16-06-2024 11:18AM

#63 - xingtaisuixi a/k/a xingtaixisuiwenhuachuanboyouxiangongsi
https://www.amazon.com/dp/B09ZXBR84P?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:17AM



Screenshot Date: 16-06-2024 11:17AM

#64 - Libaba Beauty a/k/a Xuchang Libaba Maoyi Youxian Gongsi
https://www.amazon.com/dp/B09WR91S14?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:15AM



Screenshot Date: 16-06-2024 11:15AM

#64 - Libaba Beauty a/k/a Xuchang Libaba Maoyi Youxian Gongsi
https://www.amazon.com/dp/B09ZXBR84P?psc=1
Screenshots:



Screenshot Date: 16-06-2024 11:14AM



Screenshot Date: 16-06-2024 11:14AM

#65 - Auriani-US a/k/a shenzhenshijiameigaokejiyouxiangongsi
https://www.amazon.com/dp/B09NDM9RF2?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:34AM



Screenshot Date: 16-06-2024 10:34AM

#66 - Vlogging US a/k/a Yichun Xuntong Keji Youxian Gongsi
https://www.amazon.com/dp/B0B8Z38SR6?psc=1
Screenshots:



Screenshot Date: 16-06-2024 7:52AM



Screenshot Date: 16-06-2024 7:52AM

#66 - Vlogging US a/k/a Yichun Xuntong Keji Youxian Gongsi
https://www.amazon.com/Lighting-Android-Recording-Ringlight-Dimmable/dp/B0CCVCZ1CF
Screenshots:



Screenshot Date: 16-06-2024 7:51AM



Screenshot Date: 16-06-2024 7:51AM

#67 - Kaiess a/k/a Shenzhenshi Huanyuchuang Electronics Co., Ltd.
https://www.amazon.com/dp/B0C1S3GYSP?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:33AM



Screenshot Date: 16-06-2024 10:34AM

#68 - WisaKey US a/k/a Yichun Zhixuan Maoyi Youxian Gongsi
https://www.amazon.com/dp/B0BML9VSC3?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:33AM



Screenshot Date: 16-06-2024 10:33AM

#69 - EESTOREAMZ a/k/a shenzhenshiyongjiejingmijixieyouxiangongsi
https://www.amazon.com/dp/B0CR1CNFLT?psc=1
Screenshots:



Screenshot Date: 15-06-2024 16:03PM



Screenshot Date: 16-06-2024 8:40AM

#69 - EESTOREAMZ a/k/a shenzhenshiyongjiejingmijixieyouxiangongsi
https://www.amazon.com/dp/B0CKVX9ZGP?psc=1
Screenshots:



Screenshot Date: 15-06-2024 16:05PM



Screenshot Date: 16-06-2024 8:40AM

#70 - ruiao Photographic equipment a/k/a NingBoShiSiWangWangLuoKeJiYouXianGongSi
https://www.amazon.com/Znbruiap-Holders-YouTube-Suitable-Android/dp/B09FJQ38RG
Screenshots:



Screenshot Date: 15-06-2024 15:55PM



Screenshot Date: 16-06-2024 8:31AM

#71 - SJia a/k/a ning bo shuai jia mao yi you xian gong si
https://www.amazon.com/NiceVeedi-2800-6500K-Photography-Recording-Streaming/dp/B0BF976MJY
Screenshots:



Screenshot Date: 15-06-2024 15:57PM



Screenshot Date: 16-06-2024 8:32AM

#72 - CY Direct US a/k/a Wuhanchenyikejiyouxiangongsi
https://www.amazon.com/dp/B09TZN74V1?psc=1
Screenshots:



Screenshot Date: 15-06-2024 16:22PM



Screenshot Date: 16-06-2024 8:42AM

#72 - CY Direct US a/k/a Wuhanchenyikejiyouxiangongsi
https://www.amazon.com/dp/B0C1C5XKTY?psc=1
Screenshots:



Screenshot Date: 15-06-2024 16:15PM



Screenshot Date: 16-06-2024 8:41AM

#72 - CY Direct US a/k/a Wuhanchenyikejiyouxiangongsi
https://www.amazon.com/dp/B0B5XNJ39C?psc=1
Screenshots:



Screenshot Date: 15-06-2024 16:16PM



Screenshot Date: 16-06-2024 8:42AM

#72 - CY Direct US a/k/a Wuhanchenyikejiyouxiangongsi
https://www.amazon.com/dp/B0919X39S1?psc=1
Screenshots:



Screenshot Date: 15-06-2024 16:23PM



Screenshot Date: 16-06-2024 8:43AM

#72 - CY Direct US a/k/a Wuhanchenyikejiyouxiangongsi
https://www.amazon.com/dp/B08CTJ6WBX?psc=1
Screenshots:



Screenshot Date: 15-06-2024 16:25PM



Screenshot Date: 16-06-2024 8:44AM

#73 - yunqiya a/k/a shashiquyunqiyadianshangjingyingbu
https://www.amazon.com/dp/B0CPWJFHZM?psc=1
Screenshots:



Screenshot Date: 16-06-2024 8:45AM



Screenshot Date: 16-06-2024 8:46AM

#74 - Weilisi a/k/a Strushine
https://www.amazon.com/dp/B0CLGJLRL8?psc=1
Screenshots:



Screenshot Date: 16-06-2024 7:45AM



Screenshot Date: 16-06-2024 7:45AM

#74 - Weilisi a/k/a Strushine
https://www.amazon.com/dp/B0CH9KZXWR?psc=1
Screenshots:



Screenshot Date: 16-06-2024 7:47AM



Screenshot Date: 16-06-2024 7:47AM

#74 - Weilisi a/k/a Strushine
https://www.amazon.com/dp/B08JPCSDMP?psc=1
Screenshots:



Screenshot Date: 16-06-2024 7:49AM



Screenshot Date: 16-06-2024 7:49AM

#74 - Weilisi a/k/a Strushine
https://www.amazon.com/Weilisi-Dimmable-Wireless-Photography-YouTube/dp/B0B4WY45Y4
Screenshots:



Screenshot Date: 16-06-2024 7:48AM



Screenshot Date: 16-06-2024 7:48AM

#75 - QiHuichang a/k/a shenzhenshiqihuichangkejiyouxiangongsi
https://www.amazon.com/dp/B0CHRNFZC3?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:14AM



Screenshot Date: 16-06-2024 10:14AM

#75 - QiHuichang a/k/a shenzhenshiqihuichangkejiyouxiangongsi
https://www.amazon.com/dp/B0CC2499MS?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:15AM



Screenshot Date: 16-06-2024 10:16AM

#75 - QiHuichang a/k/a shenzhenshiqihuichangkejiyouxiangongsi
https://www.amazon.com/dp/B07ZF5V9LZ?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:17AM



Screenshot Date: 16-06-2024 10:17AM

#75 - QiHuichang a/k/a shenzhenshiqihuichangkejiyouxiangongsi
https://www.amazon.com/dp/B00ZL177PO?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:19AM



Screenshot Date: 16-06-2024 10:20AM

#75 - QiHuichang a/k/a shenzhenshiqihuichangkejiyouxiangongsi
https://www.amazon.com/dp/B01LXDNNBW?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:18AM



Screenshot Date: 16-06-2024 10:19AM

#76 - RUIHOTOR a/k/a shenzhenshiruihongtaokejiyouxiangongsi
https://www.amazon.com/dp/B0CHRNFZC3?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:20AM



Screenshot Date: 16-06-2024 10:21AM

#76 - RUIHOTOR a/k/a shenzhenshiruihongtaokejiyouxiangongsi
https://www.amazon.com/dp/B0CC2499MS?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:21AM



Screenshot Date: 16-06-2024 10:21AM

#76 - RUIHOTOR a/k/a shenzhenshiruihongtaokejiyouxiangongsi
https://www.amazon.com/dp/B08DNKR4TV?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:22AM



Screenshot Date: 16-06-2024 10:22AM

#76 - RUIHOTOR a/k/a shenzhenshiruihongtaokejiyouxiangongsi
https://www.amazon.com/dp/B00ZL177PO?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:23AM



Screenshot Date: 16-06-2024 10:23AM

#77 - iphotoxx a/k/a chang jie
https://www.amazon.com/dp/B0CHRNFZC3?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:25AM



Screenshot Date: 16-06-2024 10:25AM

#77 - iphotoxx a/k/a chang jie
https://www.amazon.com/dp/B07ZF5V9LZ?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:25AM



Screenshot Date: 16-06-2024 10:26AM

#77 - iphotoxx a/k/a chang jie
https://www.amazon.com/dp/B01LXDNNBW?psc=1
Screenshots:



Screenshot Date: 16-06-2024 10:26AM



Screenshot Date: 16-06-2024 10:26AM

#78 - NAICEE a/k/a Shaoxing Longwen Textile Co., Ltd.
https://www.amazon.com/LDGHO-Controlled-Bluetooth-Streaming-Photography/dp/B0CBRXNMNT
Screenshots:



Screenshot Date: 16-06-2024 10:31AM



Screenshot Date: 16-06-2024 10:32AM

#79 - NovoNost-us a/k/a Shenzhenshi chenyulin keji youxiangongsi
https://www.amazon.com/dp/B0B3MGT6FN?psc=1
Screenshots:



Screenshot Date: 15-06-2024 16:01PM



Screenshot Date: 16-06-2024 8:39AM

#80 - INSSTRO a/k/a Shen Zhen Shi Ying Cheng Ke Ji You Xian Gong Si
https://www.amazon.com/dp/B08DD36M29?psc=1
Screenshots:



Screenshot Date: 13-06-2024 15:08PM



Screenshot Date: 13-06-2024 15:09PM

#81 - AIXIANGPAI a/k/a shenzhenshiaixiangpaidianzishangwuyouxiangongsi
https://www.walmart.com/ip/Ring-Light-10-59-Extendable-Tripod-Stand-Phone-Holder-YouTube-Video-Camera-Led-Streaming-Makeup-Selfie-Photography-Compatible-iPhone-Android/602768530?from=/search
Screenshots:



Screenshot Date: 16-06-2024 23:00PM



Screenshot Date: 16-06-2024 23:00PM

#82 - DONGDONG a/k/a SHENZHENSHILIENIAOJINCHUKOUYOUXIANGONGSI
https://www.walmart.com/ip/8-Selfie-Ring-Light-Extendable-Tripod-Stand-Phone-Holder-Bluetooth-Remote-Control-Dimmable-LED-Circle-Lights-Live-Streaming-YouTube-Video-Photography/5144204072?from=/search
Screenshots:



Screenshot Date: 16-06-2024 22:12PM



Screenshot Date: 16-06-2024 22:12PM