# EXHIBIT 6

**Claim Chart – US Patent No. 7,841,729 v. Exemplary Defendants Listed on Schedule A to the Complaint**

| US7841729 | Defendant #51 Peyou US Ltd a/k/a PE YOU TRADING LIMITED |
|---|---|
| 1. An illuminator device for illuminating one or more users in front of a web camera and a communication terminal comprising: | This device infringes claim 1. Marketed for a smart phone, but can also be used for a laptop. |
| a bulb having a toroidal shape for emitting light; | The device includes a donut shaped bulb for emitting light. |
| a reflector having a circular configuration to conform to the toroidal shape of said bulb for projecting the emitted light; | The device includes a circular pc board which coated with a reflective (shiny) white color. |
| and an arm disposed between said bulb and the terminal for connection to the terminal,<br><br>wherein said bulb is positionable relative to the web camera to provide optimal viewing of the user through the web camera. | This arm contains a ball and socket for 360 degree bulb adjustment relative to the phone camera. |
| | ories › Flashes & Selfie Lights › Selfie Lights |

| US7841729 | Defendant #60 Yarrashop Direct |
|---|---|
| 1. An illuminator device for illuminating one or more users in front of a web camera and a communication terminal comprising: | This device infringes claim 1. Marketed for a smart phone. |
| a bulb having a toroidal shape for emitting light; | The device includes a donut shaped bulb for emitting light. |
| a reflector having a circular configuration to conform to the toroidal shape of said bulb for projecting the emitted light; | The device includes a circular pc board which coated with a reflective (shiny) white color. |
| and an arm disposed between said bulb and the terminal for connection to the terminal,<br><br>wherein said bulb is positionable relative to the web camera to provide optimal viewing of the user through the web camera. | The arm is the U shaped bulb holder and the neck above the one or 2 mobile devices. The bulb is "positionable relative to the camera" as it is rotable both around the horizontal axis and the vertical axis while the camera is in place. |
| | Roll over image to zoom in<br><br>360° |

| US7841729 | Defendant #74 Weilisi a/k/a Strushine |
|---|---|
| 1. An illuminator device for illuminating one or more users in front of a web camera and a communication terminal comprising: | This device infringes claim 1. Marketed for a smart phone. |
| a bulb having a toroidal shape for emitting light; | The device includes a donut shaped bulb for emitting light. |
| a reflector having a circular configuration to conform to the toroidal shape of said bulb for projecting the emitted light; | The device includes a circular pc board which coated with a reflective (shiny) white color. |
| and an arm disposed between said bulb and the terminal for connection to the terminal,<br><br>wherein said bulb is positionable relative to the web camera to provide optimal viewing of the user through the web camera. | The arm is the bendable structure that holds the mobile device, enabling adjustment of the mobile relative to the bulb. |
| | Roll ov |

| US7841729 | Defendant #39 SHQ Global a/k/a Longyanshuihengqinghuanbaokejiyouxiangongsi |
|---|---|
| 1. An illuminator device for illuminating one or more users in front of a web camera and a communication terminal comprising: | This device infringes claim 1. Marketed for a smart phone. |
| a bulb having a toroidal shape for emitting light; | The device includes a donut shaped bulb for emitting light. |
| a reflector having a circular configuration to conform to the toroidal shape of said bulb for projecting the emitted light; | The device includes a circular pc board which coated with a reflective (shiny) white color. |
| and an arm disposed between said bulb and the terminal for connection to the terminal,<br><br>wherein said bulb is positionable relative to the web camera to provide optimal viewing of the user through the web camera. | 1. The arm is a structure having a flat pad that clamps into the inner circumference of the ring at the bottom. So, it is "between said bulb and the terminal"<br><br>2. The arm also includes a ball and socket for 360 degree of mobile phone/camera movement relative to the bulb. This meets the "bulb is positionable relative to the web camera" |
| | Roll over image to zoom in |

| US7841729 | Defendant #29 Kimwood Official |
|---|---|
| 1. An illuminator device for illuminating one or more users in front of a web camera and a communication terminal comprising: | This device infringes claim 1. Marketed for a smart phone. |
| a bulb having a toroidal shape for emitting light; | The device includes a donut shaped bulb for emitting light. |
| a reflector having a circular configuration to conform to the toroidal shape of said bulb for projecting the emitted light; | The device includes a circular pc board which coated with a reflective (shiny) white color. |
| and an arm disposed between said bulb and the terminal for connection to the terminal,<br><br>wherein said bulb is positionable relative to the web camera to provide optimal viewing of the user through the web camera. | The arm is the clip-on portion at the bottom of the device that is positioned between the bulb and the mobile phone (or laptop). This arm enables the bulb to be positioned relative to the camera (top, side, bottom and anywhere on the periphery). |
| | |

| US7841729 | Defendant #27 Woputne-US a/k/a shen zhen shi ai wei te mao yi you xian gong si |
| --- | --- |
| 1. An illuminator device for illuminating one or more users in front of a web camera and a communication terminal comprising: | This device infringes claim 1. Marketed for a smart phone. |
| a bulb having a toroidal shape for emitting light; | The device includes a donut shaped bulb for emitting light. |
| a reflector having a circular configuration to conform to the toroidal shape of said bulb for projecting the emitted light; | The device includes a circular pc board which coated with a reflective (shiny) white color. |
| and an arm disposed between said bulb and the terminal for connection to the terminal,<br><br>wherein said bulb is positionable relative to the web camera to provide optimal viewing of the user through the web camera. | The below can be clipped to a communication terminal. |
| | |

| US7841729 | Defendant #28 Herrfilk a/k/a Yichun Hongdian Keji Youxian Gongsi |
|---|---|
| 1. An illuminator device for illuminating one or more users in front of a web camera and a communication terminal comprising: | This device infringes claim 1. Marketed for a smart phone. |
| a bulb having a toroidal shape for emitting light; | The device includes a donut shaped bulb for emitting light. |
| a reflector having a circular configuration to conform to the toroidal shape of said bulb for projecting the emitted light; | The device includes a circular pc board which coated with a reflective (shiny) white color. |
| and an arm disposed between said bulb and the terminal for connection to the terminal,<br><br>wherein said bulb is positionable relative to the web camera to provide optimal viewing of the user through the web camera. | The arm is a bendable structure that screws into the inner circumference of the ring at the bottom and holds the mobile device. The arm includes a ball and socket for 360 degree of mobile phone/camera movement relative to the bulb. |
| | Cell Phones & Accessories › Accessories › Photo & Video Accessories<br>Roll over image |

| US7841729 | Defendant #36 Winseting a/k/a yiwushiwensetingdianzishangwuyouxiangongsi |
|---|---|
| 1. An illuminator device for illuminating one or more users in front of a web camera and a communication terminal comprising: | This device infringes claim 1. Marketed for a smart phone, but can also be used for a laptop. |
| a bulb having a toroidal shape for emitting light; | The device includes a donut shaped bulb for emitting light. |
| a reflector having a circular configuration to conform to the toroidal shape of said bulb for projecting the emitted light; | The device includes a circular pc board which coated with a reflective (shiny) white color. |
| and an arm disposed between said bulb and the terminal for connection to the terminal,<br><br>wherein said bulb is positionable relative to the web camera to provide optimal viewing of the user through the web camera. | 1. The arm is a bendable structure at the bottom of the light ring that clamps to another arm structure that holds the mobile phone/camera. The arm is thus disposed between said bulb and the terminal for (indirect) connection to the terminal.<br><br>2. "wherein" - As seen below, the "bulb is positionable relative to the web camera to provide optimal viewing of the user through the web camera." |
| | Roll over image to zoom in |