UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Pathway IP LLC, et al.

Plaintiff,

v.

Case No.: 1:24−cv−05218

Honorable Franklin U. Valderrama

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on the Attached Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 15, 2024:

MINUTE entry before the Honorable Franklin U. Valderrama: On the grounds set forth in the motion, Plaintiff's motion for an entry of a preliminary injunction [68] is granted as to all remaining defendants, but excluding (1) Defendants who have posted a bond (Defendant No. 7 VividNWUS, Defendant No. 8 XingBoom, Defendant No. 9 ShutterLight, Defendant No. 10 HiFocusiUS, Defendant No. 11 ShiQiaoShang, Defendant No. 12 Jinsnow, Defendant No. 13 XuanXiuUS, Defendant No. 14 Photo Guard, Defendant No. 50 Lixinshunyi, Defendant No. 58 catchpiccus, Defendant No. 75 QiHuichang, Defendant No. 76 RUIHOTOR, and Defendant No. 77 iphotoxx, Defendant No. 17 Sensyne, Defendant No. 26 Wanfaau, Defendant No. 42 XITENG TECH, Defendant No. 49 Blights, and Defendant No. 69 EESTOREAMZ, and (2) Defendants who have appeared through counsel (Defendant No. 43 Aixiangpai, Defendant No. 1 Legee Tech, Defendant No. 5 BONFOTO, Defendant No. 15 PANYINYING, Defendant No. 16 Qirui−US, Defendant No. 48 iphoto digit, Defendant No. 53 Lanyuantai, Defendant No. 57 Pixel Lighting, Defendant No. 61 AMTLJ−US, Defendant No. 65 Auriani−US, Defendant No. 72 CY Direct US, Defendant No. 79 NovoNost−us, Defendant No. 25 Kaiess, Defendant No. 74 Weilisi, Defendant No. 62 Jian jin company, Defendant No. 28 Herrfilk, Defendant No. 40 STALLY, Defendant No. 66 Vlogging US, Defendant No. 68 WisaKey US, Defendant No. 2 Luxsure−US, Defendant No. 60 Yarrashop Direct, Defendant No. 6 Unicucp US, Defendant No. 27 Woputne−US, Defendant No. 41 Okshopping). The preliminary injunction does not apply to any Defendant that has been voluntarily dismissed from this action. Enter Preliminary Injunction Order as amended. The following documents are to be unsealed: (1) the unredacted copy of the Verified Complaint [5], (2) Schedule A to the Verified Complaint [5−1], (3) Exhibits 1 to the Verified Complaint [5−2], (4) Exhibit 2 to the Verified Complaint [5−3], (5) Exhibit 6 to the Verified Complaint [5−4], (6) Notice of Claims [5−5], and (6) the TRO [15]. Counsel for Plaintiff is ordered to add ALL Defendant names listed in the Schedule A to the docket within three business days. The Court sets

the following briefing schedule on the motion for a preliminary injunction as to the appeared Defendants: appeared Defendants' response due 08/30/2024; Plaintiff's reply due 09/13/2024. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.