IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATHWAY IP LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on the Attached Schedule A,<br><br>　　　　Defendants. | Case No. 1:24-cv-5218<br><br>JURY TRIAL<br><br>DEMANDED |

**DEFENDANTS' LOCAL RULE 3.2 NOTICE AS TO**
**<u>AFFILIATES DISCLOSURE STATEMENT</u>**

Pursuant to Local Rule 3.2 of the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, ATKTTOP Direct, Aixiangpai, Doe 43 and AIXIANGPAI, Doe 81 in Schedule A [DE 85-1] (collectively referred to as "Defendants" hereafter), declare that Defendants are all online platform sellers, and they have no publicly held affiliates.

DATED: Sep. 5, 2024　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　<u>/s/ Jianyin Liu</u>

　　　　　　　　　　　　　　　　　　　　FBN: 1007675
　　　　　　　　　　　　　　　　　　　　Jianyin Liu, Esq.
　　　　　　　　　　　　　　　　　　　　The Law Offices of James Liu, LLC
　　　　　　　　　　　　　　　　　　　　15750 SW 92nd Ave Unit 20C
　　　　　　　　　　　　　　　　　　　　Palmetto Bay, FL 33157
　　　　　　　　　　　　　　　　　　　　Ph: (305) 209 6188
　　　　　　　　　　　　　　　　　　　　Email: jamesliulaw@gmail.com

**CERTIFICATE OF SERVICE**

1

2

      I HEREBY CERTIFY that a true copy of the foregoing was sent via CM/ECF on Sep. 5, 2024.

<u>/s/ Jianyin Liu</u>

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this June 21, 2024. Any other counsel of record will be served by electronic mail and/or first-class mail.

                                          /s/ Edward L. Bishop
                                          Edward L. Bishop