UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATHWAY IP LLC,<br><br>                      Plaintiff,<br><br>v.<br><br>The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on the Attached Schedule A<br><br>                      Defendants. | Case No. 1:24-cv-5218<br><br>Honorable Franklin U. Valderrama<br>Magistrate Judge: Jeffrey T. Gilbert |

**DEFENDANTS' LOCAL RULE 3.2 NOTICE AS TO
AFFILIATES DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, Defendant No. 2 Luxsure-US and Defendant No. 60 Yarrashop Direct (collectively, "Defendants"), by and through their undersigned counsel, certify the following:

Luxsure-US is a privately held company with no parent company or publicly held corporation owning more than 5% of its stock. Wei Wei and Wanli Zhang are the only affiliates, as defined by Local Rule 3.2, and each owns 5% or more of Luxsure-US. Yarrashop Direct is a privately held company with no parent company or publicly held corporation owning more than 5% of its stock. Zhang Wanli is the only affiliate, as defined by Local Rule 3.2, and owns 5% or more of Yarrashop Direct. Neither Wei Wei nor Zhang Wanli, both individuals, have any affiliates as defined by Local Rule 3.2.

Dated： September 6, 2024

                                                                                                      Respectfully Submitted,

*/s/ Qianwu Yang*
Qianwu Yang
yang@shm.law
Yi Yi
yi.yi@shm.law
SHM LAW FIRM
3000 El Camino Real
Building 4, Suite 200
Palo Alto, CA 94306
Telephone: (650) 613-9737

*Counsel for Defendants,
Yarrashop Direct and Luxsure-US*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this September 6, 2024. Any other counsel of record will be served by electronic mail and/or first-class mail.

Dated: September 6, 2024

*/s/ Yi Yi*

Yi Yi