# EXHIBIT A

9/10/24, 8:41 PM  Amazon.com : Overhead Phone Mount,Overhead Camera Mount Stand[Anti-Shaking] with 10.5" Ring Light,Desk Stand for iPhone with Ring Light for Video Recording,Zoom Meeting,...

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 2 of 17 PageID #:2861

Delivering to Schaumburg 60173 Update location | Electronics | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Medical Care | Best Sellers | Amazon Basics | Prime | New Releases | Today's Deals | Music | Groceries | Customer Service | Amazon Home | Registry

Electronics | New Arrivals | Deals | Cell Phones | Computers | TV & Video | Headphones | Office Electronics | Camera & Photo | Wearable Technology | Audio & Home Theater | Musical Instruments

Sponsored

### Consider these available items


LUXSURE Overhead Phone Mount,Selfie Ring Light with Stand and Phone Holder for Desk,Overhead Camera Mount for iPhone 10"
4.3   1,021
$44.99


Overhead Phone Mount (Max. Load 3 LBS) with 6" Ring Light, Flexible Boom Arm Desk Tripod Stand for Camera Recording Compatible with
4.0   103
$19.99


Overhead Phone Camera Mount with Ring Light for Video Recording, Cooking Filming. Content Creator Kit with 10.5" RGB Ringlight, Desk
4.2   1,379
$39.99

Electronics › Camera & Photo › Flashes › Macro & Ringlight Flashes








7 VIDEOS



Roll over image to zoom in

# Overhead Phone Mount,Overhead Camera Mount Stand[Anti-Shaking] with 10.5" Ring Light,Desk Stand for iPhone with Ring Light for Video Recording,Zoom Meeting,YouTube,TikTok

Visit the ATKTTOP Store

4.4       839 ratings   |   Search this page

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| | |
|---|---|
| **Brand** | ATKTTOP |
| **Connectivity Technology** | 【No.1 Overhead Phone Mount】 |
| **Hardware Interface** | USB |
| **Has Self-Timer** | No |
| **Water Resistance Level** | Not Water Resistant |

### About this item

- 【Double Stability Protection】ATKTTOP's innovative rod adjuster with screw locking method, twisting the angle adjuster makes the internal structure lock quickly and truly achieve "0" shaking. Compared to ordinary adjusters, it makes operation easier and increases the load-bearing capacity by 200%. Phone stand for recording also uses a metal base with a non-slip layer, weighing up to 3 lbs, which can carry the weight of 4 mobile phones to give maximum stability and support.

- 【Multi-angle Shot】ATKTTOP content creator essentials can adjust the angle of the overhead rod up and down, front and back through the angle adjuster. We have upgraded the rod part, the main rod and overhead rod adopt a retractable design, which abandons the fixed and non-adjustable shortcomings of the old version. You can adjust the height of the overhead rod and ring light according to your needs. The flexible adjustment makes your video shooting unrestricted and helps you create better work.

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Delivering to Schaumburg 60173 - Update location

Add to List

Sponsored

9/10/24, 8:41 PM    Amazon.com : Overhead Phone Mount,Overhead Camera Mount Stand(Anti-Shaking) with 10.5" Ring Light,Desk Stand for iPhone with Ring Light for Video Recording,Zoom Meeting,…

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 3 of 17 PageID #:2862

- 【Dimmable Ring Light】Overhead tripod for iPhone equipped with 3 color modes, ranging from warm 3000K to white 6000K, and a wide range of brightness from 10% to 100%.ATKTTOP iPhone camera stand uses high-cost PMMA lens beads to reflect the light back and forth across the range to produce a softer light that protects your eyes during the creative process. High-quality photography is possible even in dimly lit environments.
- 【Wide Application】We can define it as an "all-in-one stand", you don't need to spend more money to buy multiple devices, ATKTTOP ring light phone holder can meet all your needs and do real cost saving for you. It is suitable for food production, painting, crafting, online teaching, live streaming, make-up, zoom sessions, and photography. Desk tripod helps you to produce high-quality photo and video productions.
- 【Universal Compatibility】The phone recording stand is compatible with cell phones with a width of 2.15-3.45 inches (5.5-8.8 cm), including almost all smartphones. ATKTTOP researched other competing products in the market and found that most of the mobile phone clips have the problem of pinching your hands. We have polished the active contour part of the mobile phone clip, which becomes smoother and quickly slides over your skin without causing any pinching.
- 【PROFESSIONAL AFTER-SALES SERVICE】ATKTTOP's goal is to satisfy each and every one of our customers, offering 100% refund if they are not satisfied. You can contact us at the first time if you have any questions, we will give you a satisfactory answer and solution within 24 hours.

Report an issue with this product or seller

Sponsored

## 4 stars and above

Page 1 of 58

Sponsored









iOttie Easy One Touch 5 Dashboard & Windshield Universal Car Mount Phone Holder Des...
135,770
$24⁹⁵

UBeesize 14" Foldable Ring Light with 62" Tripod Stand and Phone Holder, LED Self...
75,656
Limited time deal
-10% $35⁹⁹
List Price: $39.99

UBeesize 12" Desk Ring Light with Stand and Phone Holder, Overhead Phone Mount for ...
2,882
#1 New Release
$38¹¹
Save $4.00 with coupon

UBeesize 12" Selfie Ring Light with Stand and Overhead Phone Mount, 62" Foldable Tr...
4,816
Limited time deal
-10% $44⁹⁹
List Price: $49.99

viozon Overhead Live Stand with 12" LED Ring Light, Outer 24W 6500K, Two Cellphone ...
95
$69⁹⁹

Nulaxy Dual Folding Cell Phone Stand, Fully Adjustable Foldable Desktop Phone Holde...
51,711
#1 Best Seller
Limited time deal
-43% $8⁴⁹
List Price: $14.99

UBeesize 10" Ring Light with Overhead Phone Mount, LED Selfie Light with Stand and ...
15,166
#1 New Release
$36³³
Save $5.00 with coupon

Climate Pledge Friendly

9/10/24, 8:41 PM  Amazon.com : Overhead Phone Mount,Overhead Camera Mount Stand[Anti-Shaking] with 10.5" Ring Light,Desk Stand for iPhone with Ring Light for Video Recording,Zoom Meeting,…

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 4 of 17 PageID #:2863

## Based on your recent shopping trends



**Latest Black Ring Light Overhead Phone Camera Mount, Evershop Ring Light with Stand and Phone Holder Stand for…**
927
$79⁹⁰
Get it as soon as **Sunday, Sep 15**
FREE Shipping by Amazon



**JJ JIANJIN Ring Light Kit:18"/45cm Outer 55W6700k Dimmable LED Light, Tripod Stand, Remote Controller,Box…**
1,377
-22% $49⁹⁹
Typical: $64.11
Get it as soon as **Sunday, Sep 15**
FREE Shipping by Amazon



**USB 10' Ring Light for Desk with Stand and Phone Holder, Ring Light with Overhead Camera Mount and Adjustable Desk Arm Stand for…**
126
$38⁹⁹



**LUXSURE Selfie Ring Light with Stand for Phone, Ring Light Tripod for iPhone, Overhead…**
1,021
-33% $39⁹⁹
Limited time deal
List: $59.99
Get it as soon as **Sunday, Sep 15**
FREE Shipping by Amazon



**Sokani Selfie Ring Light with Cell Phone Holder and Stand Bracket for YouTube TIK Tok Tiktok Zoom Video Conferenc…**
845
$17⁹⁹
Get it as soon as **Sunday, Sep 15**
FREE Shipping on orders over $35 shipped by Amazon



**Webcam Light Stand for Live Stream, Selfie Ring Light with Webcam Mount for Logitech…**
2,643
Amazon's **Choice** in Webcam Stands
$21⁹⁰
Get it as soon as **Sunday, Sep 15**
FREE Shipping on orders over $35 shipped by Amazon
🌿 Climate Pledge Friendly

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| |   Overhead Phone Mount,Overhead Camera Mount Stand[Anti-Shaking] with 10.5" Ring Light,Desk Stand for iPhone with Ring Light fo…  **See details** |   Newest Ring Light with Stand Overhead Phone Mount Holder, Evershop 10" Ring Light Tripod for iPhone, Selfie Light Phone Camera Stand f…  **Add to Cart** |   Overhead Camera Mount with Selfie Ring Light and Phone Holder, 10" LED Ring Light for Desk with Stand and Remote for iPhone,Phone…  **Add to Cart** |   Selfie Ring Light with Stand and Phone Holder,Overhead Camera Mount with 10.5" Ring Lights for Phone, Circle Light with Desk Tripod…  **Add to Cart** |
| **Price** | Currently unavailable. | $79⁹⁹ | -20% $31⁹⁸  Typical: $39.99 | $39⁹⁸ |
| **Delivery** | — | Get it as soon as **Sunday, Sep 15** | Get it as soon as **Sunday, Sep 15** | Get it as soon as **Sunday, Sep 15** |
| **Customer Ratings** | 4.4    839 | 4.3    597 | 4.3    672 | 4.4    564 |

9/10/24, 8:41 PM　　　　　　Amazon.com : Overhead Phone Mount,Overhead Camera Mount Stand(Anti-Shaking) with 10.6" Ring Light Desk Stand for iPhone with Ring Light for Video Recording,Zoom Meeting,…

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 5 of 17 PageID #:2864

| Brightness | — | 3.4 | 4.5 | 5.0 |
|---|---|---|---|---|
| Remote Control | — | 3.2 | 4.3 | 5.0 |
| Camera Quality | — | 3.6 | 4.0 | — |
| Sturdiness | — | — | 4.8 | 4.0 |
| Sold By | — | Stalker US | Woot | Luxsure-US |
| Batteries Included | — | ✓ | — | ✗ |
| Connectivity Tech | 【No.1 Overhead Phone Mount】 | Overhead Ring Light | USB, Bluetooth | USB |

## Product Description

9/10/24, 8:41 PM  Amazon.com : Overhead Phone Mount,Overhead Camera Mount Stand(Anti-Shaking) with 10.6" Ring Light Desk Stand for Phone with Ring Light for Video Recording,Zoom Meeting,...

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 6 of 17 PageID #:2865



  

9/10/24, 8:41 PM   Amazon.com : Overhead Phone Mount,Overhead Camera Mount Stand,Anti-Shaking, with 10.6" Ring Light Desk Stand for Phone with Ring Light for Video Recording,Zoom Meeting,…

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 7 of 17 PageID #:2866



**From the brand**

9/10/24, 8:41 PM                Amazon.com : Overhead Phone Mount,Overhead Camera Mount Stand,Anti-Shaking, with 10.5" Ring Light, Desk Stand for Phone with Ring Light for Video Recording,Zoom Meeting,…

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 8 of 17 PageID #:2867

**ATKTTOP**

Creat more possibilities!

## What's in the box

- Metal base*1
- Main rod & overhead rod combo*1
- Phone Clip*2
- Soft tube*1
- 26cm ring light*1

## Looking for specific info?

## Videos

### Videos for this product



3:21
Awesome Overhead & Desktop Video Stand! | ATKTTOP
Candid Tech TV

4:46
Overhead phone mounts and ring light review you need to see!
Fantastic Finds 365

4:30
See all the features!! Dual phone mount with ring light
Fantastic Finds 365

4:26
Customer Review: Beautiful light, but make sure you have t…
Jeff

A MUST HA creators! P
Real Rev

Upload your video

## Product information

| Product Dimensions | 7.87 x 7.87 x 1.97 inches |
|---|---|
| Item Weight | 4.24 pounds |
| ASIN | B0BGHXR9G1 |
| Item model number | ATK926 |

### Feedback

Would you like to **tell us about a lower price?**

9/10/24, 8:41 PM  Amazon.com : Overhead Phone Mount,Overhead Camera Mount Stand(Anti-Shaking) with 10.5" Ring Light, Desk Stand for Phone with Ring Light for Video Recording,Zoom Meeting,…

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 9 of 17 PageID #:2868

| Customer Reviews | 4.4      839 ratings |
| --- | --- |
|  | 4.4 out of 5 stars |
| Best Sellers Rank | #20 in Macro & Ringlight Flashes |
| Date First Available | September 26, 2022 |
| Manufacturer | ATKTTOP |

Sponsored


Viozon Extendable Selfie Phone Stand,Overhead Mount,Selfie Light,360°…
138
$49.99


MACTREM Phone Tripod with Selfie Stick, 70" Horizontal Overhead Tripod for…
474
$27.99


70" Phone Tripod & Selfie Stick, Horizontal Overhead Tripod, Extendable…
1,288
$29.99  List: $39.99


Chrom Project
$22.9

## Products related to this item
Sponsored


UBeesize 12" Desk Ring Light with Stand and Phone Holder, Overhead Phone Mount for …
2,882
#1 New Release
$38.11
Save $4.00 with coupon


UBeesize 12" Selfie Ring Light with Stand and Overhead Phone Mount, 62" Foldable Tr…
4,816
Limited time deal
-10% $44.99
List Price: $49.99


viozon Overhead Live Stand with 12" LED Ring Light, Outer 24W 6500K, Two Cellphone …
95
$69.99


Upgrade Ring Light Overhead Phone Mount, Evershop Selfie Ring Light with Stand and …
927
$39.99
Join Prime to buy this item at $35.99
🌿 Climate Pledge Friendly


LUXSURE Ring Light for Desk, 10" LED Ring Light with Stand and Phone Holder, Overhe…
82
$49.99
Join Prime to buy this item at $39.99


Upgrade Ring Light Lamp Overhead Phone Camera Mount,Evershop 23W 12" Full Ring Ligh…
37
$69.99
Join Prime to buy this item at $62.99


TONOR Overhead Ring Light Kit, 10" Ringlight with Heavy Duty Boom Arm and Phone Hol…
3,538
$34.99
Save 15% with coupon


Overhead Phone Mount with Ring for Video Record Cooking Filming
1,3
$39.99
Save $6.00 with co

9/10/24, 8:41 PM                       Amazon.com : Overhead Phone Mount,[Overhead Camera Mount Stand,Anti-Shaking] with 10.2" Ring Light,Desk Stand for Phone with Ring Light for Video Recording,Zoom Meeting,…

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 10 of 17 PageID #:2869

Sponsored

## Customer reviews

4.4 out of 5

839 global ratings

5 star  70%
4 star  14%
3 star  5%
2 star  3%
1 star  8%

▽ How customer reviews and ratings work

Sponsored

**Customers say**

Customers like the functionality, build quality, and brightness of the camera continuous light. They mention it works well, is sturdy, and has different lighting options. Customers are also happy with the ease of assembly, value for money, and the fact that it holds the phone securely. They appreciate the video quality and height adjustment.

AI-generated from the text of customer reviews

**Select to learn more**

Functionality | Build quality | Brightness | Ease of assembly
Holds phone securely | Value for money | Video quality | Height adjustment

**Reviews with images**                                          See all photos ›



Top reviews

### Top reviews from the United States

 Julie Z

**There were some scuff marks**
Reviewed in the United States on July 27, 2024
**Verified Purchase**
But other than that it works really good. I wish it came with a box for the USB wire. It's easy to build, it's very sturdy, it can hold my phone and not fall. The light options are good and bright! You should get this if you want sturdy and a bang for your buck.

9/10/24, 8:41 PM                    Amazon.com : Overhead Phone Mount,[Overhead Camera Mount:Stand,Anti-Shaking] with 10.2" Ring Light,Desk Stand for Phone with Ring Light for Video Recording,Zoom Meeting,…

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 11 of 17 PageID #:2870



Helpful          Report

  Richard

**Great for intended use and also as an accent light**
Reviewed in the United States on July 10, 2024
Verified Purchase

As others have mentioned, this is a solid product for its intended use case so I won't focus on that. Where I think this product differs from others out there: it can function as a decent desk lamp when not in use as a ring or for desktop filming. Materials and construction are such that it doesn't look out of place like some other products I have used. This makes it convenient to access for filming when needed. My previous ring lived in the closet so I didn't use it as much. Great product overall, even better for the price.

I only have two improvement suggestions:
1. Would be nice to have some cable management along the primary pole, but that is easy enough of a solve with a velcro band or cable tie at the base.
2. Would love to see a slightly higher priced version that would allow for gradually dimmable brightness and temperature vs the step method that is implemented in this model. The current function is perfectly acceptable for this price point and I am happy with the existing product, it's just that I would be willing to pay more for a dimmable function.

One person found this helpful

Helpful          Report

LNS

**Great for any social media video or photo!**
Reviewed in the United States on March 22, 2024
Verified Purchase

It is easy, sturdy and easy to use! The light feature comes in different lighting which allows for customization! I love the easy of use, I love that there are so many angles to shoot from. I also connect my microphone to my phone while using the phone mount for podcast! It works great and I love the multiple use that I get out of it.

5 people found this helpful

Helpful          Report

9/10/24, 8:41 PM
Amazon.com : Overhead Phone Mount,Overhead Camera Mount Stand[Anti-Shaking] with 10.2" Ring Light,Desk Stand for Phone with Ring Light for Video Recording,Zoom Meeting,…
Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 12 of 17 PageID #:2871

Vibing with Donnika

**Easy to Assemble**

Reviewed in the United States on August 8, 2024

Verified Purchase

Love this product very Easy to Assemble! I long that it is sturdy and the adjustability is very helpful when making your videos! The ring light comes with different brightness levels! Good value for your money! It's also portable just disassembled it when you need to carry it anywhere don't worry is easy!

Helpful     Report

Amazon Customer

**Perfect**

Reviewed in the United States on September 5, 2024

Verified Purchase

I love everything about this, locks work well and hold, light is bright when it needs to be and you can control it all the way down to a soft dim yellow that's great as an ambient light when you're watching movies in the dark. Phone holder works really well, sometimes it can be difficult to get the phone in there if you're trying to do it quick but it holds really well which is more important to me. I have it on my music studio desk so just powering it via a rackmount power supply's usb port and it's wonderful.

Helpful     Report


Ryan

**Works great**

Reviewed in the United States on August 26, 2024

Verified Purchase

Got this for when the boys and I have our slot car race night. Holds the phone great, the light illuminates our finish line perfectly so that we can track laps and times. Highly recommend.

Helpful     Report

Monique Crouse

**Surprised by lightweight but sturdy**

Reviewed in the United States on July 27, 2024

Verified Purchase

I was worried it would be annoyingly heavy but it's great, good balance between bottom weight to stay upright but not heavy. I have a small desk and was worried about the space it would take up but the footprint was smaller than I thought and flat enough that I can put things on top of it. Figuring out the mechanism takes a minute but I love the design! Ring light is great has many good light levels. Great for desk work and phone mounts are just what I needed to film my crafting.

Helpful     Report

ABE from Sunny San Diego!

**Wonderful but…**

Reviewed in the United States on August 26, 2024

Verified Purchase

Grifted 2 which work great. Mine however is not working at 100%. Bought in March and by July the brightest setting went out. I travel a lot and use this for my coaching practice so I haven't had a chance to

9/10/24, 8:41 PM  Amazon.com : Overhead Phone Mount,[Overhead Camera Mount Stand,Anti-Shaking] with 10.2" Ring Light,Desk Stand for Phone with Ring Light for Video Recording,Zoom Meeting,…

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 13 of 17 PageID #:2872

look for another one. This piece is sturdy, and perfect for content creation. The ones I gifted are used A LOT and they're working great. TBH, I'd prob buy again because I like the light so much. But #honesty… is honesty. Btw, it takes under 5 mins to assemble and it's a fantastic value for the money.

Helpful    Report

See more reviews ›

**Top reviews from other countries**

 Billy Bob

**Versatile and Robust Phone Stand for Content Creators**
Reviewed in Canada on June 18, 2024
**Verified Purchase**

I've had the pleasure of using this phone stand for a variety of projects, and it has exceeded my expectations in several ways. The standout feature is its exceptional stability. Unlike typical stands, the unique mechanism ensures a firm grip and minimal movement, even under heavier loads. This makes it perfect for holding multiple devices securely.

Adjustability is another area where this stand shines. The flexibility to modify the rod's height and angle allows for a wide range of shooting perspectives. This adaptability is crucial for anyone involved in creative work, as it allows for seamless transitions between different shot types without the hassle of using multiple setups.

The included ring light is a fantastic addition. With a broad spectrum of color temperatures and brightness levels, it's easy to find the perfect lighting for any scenario.

Read more

Report

 Harrison Grieve

**amazing overhead light, sturdy and bright**
Reviewed in Canada on July 28, 2024
**Verified Purchase**

i really love this overhead tripod & ring light! it is sturdy and bright. it has 3 settings for lighting - a bright one, a warmer one and a cooler one. you can also adjust the brightness. it's a perfect addition to my studio. it's multi-functional because i use it for recording art videos & also as a lamp when i'm working on my desk. the item was packaged nicely in the box and was easy to set up. the holder for the phone is sturdy as well and my phone feels secure in it. i'm extremely happy with my purchase and would 100% recommend this product!

Report

9/10/24, 8:41 PM  Amazon.com : Overhead Phone Mount,Overhead Camera Mount Stand[Anti-Shaking] with 10.5" Ring Light,Desk Stand for Phone with Ring Light for Video Recording,Zoom Meeting,…

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 14 of 17 PageID #:2873

 Tori

**Good product for everyday use but has some limitations**

Reviewed in Canada on March 16, 2024

**Verified Purchase**

I recently purchased the ATKTTOP Overhead Phone Mount and Camera Tripod Stand with a 10.5" Ring Light, and while I initially found it somewhat challenging to use, the exceptional customer service provided by ATKTTOP made all the difference. Let's start with the product itself. The ATKTTOP Overhead Phone Mount boasts impressive features such as double stability protection and multi-angle shot capabilities. The innovative rod adjuster with a screw locking method ensures minimal shaking, providing stable support for my phone during recording or live streaming sessions. Additionally, the dimmable ring light with three color modes and adjustable brightness levels allows for optimal lighting conditions in various environments, ensuring high-quality photography and video production even in dimly lit spaces. The wide application of this product is also noteworthy. Whether I'm recording cooking tutorials, conducting online classes, or participating in Zoom meetings, the ATKTTOP Overhead Phone Mount caters to diverse needs without requiring additional equipment. The universal compatibility ensures that it accommodates most smartphones, eliminating the need for separate stands for different devices. Moreover, the thoughtful design improvements, such as the smooth contour of the mobile phone clip, prevent hand pinching and

⌄ Read more

Report

 Ferne Hebig

**Excellent Product and Support**

Reviewed in Canada on April 20, 2024

**Verified Purchase**

This is an incredibly sturdy product. There is no risk of accidentally knocking it over, Important because I'm clumsy. The flat base means I can set things on it too and it barely takes up any space.

The lighting controls are simple and user friendly, the light is variable (different colours, and it dims and brightens) and the position is adjustable which is helpful in my painting work and for taking product photos and videos.

The two phone mounts are VERY easily

⌄ Read more



One person found this helpful

Report

 GoodFindsDaily

9/10/24, 8:41 PM
Amazon.com : Overhead Phone Mount, Overhead Camera Mount Stand [Anti-Shaking] with 10.62" Ring Light,Desk Stand for Phone with Ring Light for Video Recording,Zoom Meeting,…

Case: 1:24-cv-05318 Document #: 165-1 Filed: 09/10/24 Page 15 of 17 PageID #:2874

**Stopped Working After 1st Use**

Reviewed in Canada on March 12, 2024

**Verified Purchase**

The quality and durability of the product itself is great. The frame and stand are all very solid and not flimsy.

My problem with this product is that I got it March 6 and recorded the first part of the bigger video, and obviously it's working. The next day was my sister's birthday so I wanted to use it to record myself baking a cake... I plugged it in and it worked for about 5 minutes and then it just turned off. I tried changing the outlet thinking maybe the wall outlet is faulty... But when I unplugged it, the light on the

Read more

7 people found this helpful

Report

See more reviews

Sponsored

9/10/24, 8:41 PM                    Amazon.com : Overhead Phone Mount,Overhead Camera Mount Stand[Anti-Shaking] with 10.62" Ring Light,Desk Stand for Picture with Ring Light for Video Recording,Zoom Meeting,…

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 16 of 17 PageID #:2875

Back to top

### Get to Know Us
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility
- Sustainability
- Press Center
- Investor Relations
- Amazon Devices
- Amazon Science

### Make Money with Us
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand
- Become an Affiliate
- Become a Delivery Driver
- Start a Package Delivery Business
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Hub Partner
- › See More Ways to Make Money

### Amazon Payment Products
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Gift Cards
- Amazon Currency Converter

### Let Us Help You
- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Recalls and Product Safety Alerts
- Registry & Gift List
- Help

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach<br>customers<br>wherever<br>they<br>spend their<br>time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping<br>Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon<br>Fresh<br>Groceries &<br>More<br>Right To Your<br>Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited<br>Photo Storage<br>Free With<br>Prime | Prime Video<br>Direct<br>Video<br>Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security<br>Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors<br>App | Amazon Subscription<br>Boxes<br>Top subscription boxes –<br>right to your door | PillPack<br>Pharmacy<br>Simplified | Amazon<br>Renewed<br>Like-new<br>products<br>you can trust | | |

9/10/24, 8:41 PM

Amazon.com : Overhead Phone Mount, Overhead Camera Mount Stand [Anti-Shaking] with 10.2" Ring Light, Desk Stand for Phone with Ring Light for Video Recording, Zoom Meeting,…

Case: 1:24-cv-05218 Document #: 165-1 Filed: 09/10/24 Page 17 of 17 PageID #:2876

Real-Time Crime & Safety Alerts

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2024, Amazon.com, Inc. or its affiliates