# EXHIBIT B



Find Amazon Products

Popular Products (/popular)  Top Price Drops (/top_drops)  Browser Extensions (/camelizer)



Amazon Price History

**Not in Stock**
Amazon Price

**Overhead Phone Mount, Overhead Camera Mount Stand[Anti-Shaking] with 10.5" Ring Light, Desk Stand for iPhone with Ring Light for Video Recording, Zoom Meeting, YouTube, TikTok (https://camelcamelcamel.com/product/B0BGHXR9G1)**

See all offers (https://camelcamelcamel.com/product/0LB508BWG2HUX5RB9SGX1/go?context=product&ctx_pid=203478183&ctx_cid=-1&ctx_aid=-1&ctx_act=buy&ctx_src=offers-link&&offer_listing=1)



**View at Amazon (https://camelcamelcamel.com/product/1BN0FBVG3HKXZR79NGU1W/go?context=product&ctx_pid=203478183&ctx_cid=-1&ctx_aid=-1&ctx_act=buy-button&)**

(https://camelcamelcamel.com/product/00BS08B1GSH3X0RV9BGJ1/go?context=product&ctx_pid=203478183&ctx_cid=-1&ctx_aid=-1&ctx_act=buy&)

Sign up for price drop alerts by clicking a "Create Price Watch" button below.



(https://ads.freestar.com/?utm_campaign=branding&utm_medium=banner&utm_source=camelcamelcamel.com&utm_content=cam

### Create Amazon Price Watches (#watch)

Tell us how much you want to pay, and we will email you when the price drops. New to our site? Track only the "Amazon" price below and we will notify you regarding all New Prime offers!

| Amazon: **Not in Stock** | 3rd Party New: **Not in Stock** | 3rd Party Used: **Not in Stock** |
|---|---|---|
| as of Sep 03, 2024 08:11 PM | as of Sep 03, 2024 08:11 PM | as of Sep 03, 2024 08:11 PM |
| Create Price Watch | Create Price Watch | Create Price Watch |

### Amazon Price History (#price-history)

camelcamelcamel regularly monitors prices at Amazon for millions of products, across three Price Types: Amazon, Third Party New, and Third Party Used. "Amazon" means the price of an item Sold By and Shipped By Amazon itself; the two Third Party price types refer to third party prices on Amazon in New or Used condition.

**Sellers**: Need data or other seller services? Check out the Threecolts product suite. (https://threecolts.com/?utm_campaign=3camels)





(https://ads.freestar.com/?utm_campaign=branding&utm_medium=banner&utm_source=camelcamelcamel.com&utm_content=camelcamelcamel_incontent_top)

## Product Details (#details)

| | |
|---|---|
| Product group | Camera |
| Category | Electronics |
| Manufacturer | ATKTTOP |
| Model | ATK926 |
| Locale | US |
| List price | $49.99 |
| EAN | 076845900845 |

| | |
|---|---|
| UPC | 7684590084580 |
| SKU | B0BGHXR9G1 |
| Last update scan | 1 hour ago |
| Last tracked | 3 months ago |

## Other Deals We Think You'll Like



[(https://camelcamelcamel.com/product/B08J3QZMF2?active=price_amazon&context=sp)](https://camelcamelcamel.com/product/B08J3QZMF2?active=price_amazon&context=sp)

PartyWoo Foil Fringe Curtains Blue, 2 pcs 3.3x6.6 ft Blue Streamers, Fringe Backdrop, Tinsel Backdrop, Tinsel Curtain, Metallic Door

Good Deal

$8.01
List price: $7.99
Average price: $8.87

View at Amazon (https://camelcamelcamel.com/product/0IBT098NJO32QCZNMIFB2/go?context=sp&ctx_pid=159992036&ctx_cid=-1&ctx_aid=-1&ctx_act=buy&ctx_src=button&)



[(https://camelcamelcamel.com/product/B09TCDKFC3?active=price_amazon&context=sp)](https://camelcamelcamel.com/product/B09TCDKFC3?active=price_amazon&context=sp)

Scosche Ci4BRA4WT-SP Strikeline RA Premium USB-C to Right-Angle MFi Certified Charge & Sync Braided Cable 4-ft. White/Silver

Good Deal

$22.68
List price: $19.99
Average price: $23.15

View at Amazon (https://camelcamelcamel.com/product/0EBI0R9WTQC5D0KLF9C43/go?context=sp&ctx_pid=206582056&ctx_cid=-1&ctx_aid=-1&ctx_act=buy&ctx_src=button&)

Pages:   About (/about)   Blog (https://camelcamelcamel.com/blog)   Features (/features)   Terms (/tos)   Privacy (/privacy)   Tools (/tools)   Help (/support)

Countries:   Australia (https://au.camelcamelcamel.com/)   Canada (https://ca.camelcamelcamel.com/)   France (https://fr.camelcamelcamel.com/)   Germany (https://de.camelcamelcamel.com/)   Italy (https://it.camelcamelcamel.com/)   Spain (https://es.camelcamelcamel.com/)   United Kingdom (https://uk.camelcamelcamel.com/)   United States (https://camelcamelcamel.com/)

Languages:   English (/set_language?language=en)   Español (/set_language?language=es_ES)   Français (/set_language?language=fr_FR)   Deutsch (/set_language?language=de_DE)   Italiano (/set_language?language=it_IT)

Time Zone:   -06:00 Central Time (US & Canada) (/time_zone)

Product prices and availability are accurate as of the date/time indicated and are subject to change. Any price and availability information displayed on Amazon at the time of purchase will apply to the purchase of this product. As an Amazon Associate I earn from qualifying purchases. camelcamelcamel receives a commission on all purchases made through our Amazon links.

**Sellers**: Need data or other seller services? Check out the Threecolts product suite. (https://threecolts.com/?utm_campaign=3camels)

© 3CG CAMEL LLC