IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATHWAY IP, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>The Individuals Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint,<br><br>      Defendants. | Civil No.: 1:24-cv-05218<br><br>Honorable Franklin U. Valderrama<br><br>Magistrate Judge Jeffrey T. Gilbert<br><br>**JURY TRIAL DEMANDED** |

## RULE 16 SCHEDULING ORDER

After a review of the currently pleaded claims and defenses in this action, in furtherance of the management of the Court's docket under Federal Rule of Civil Procedure 16, and after receiving the input of the appearing parties to this action, it is ORDERED AS FOLLOWS:

| EVENT SCHEDULED | DEADLINE |
|---|---|
| Plaintiff to Complete Service of Process on All Defendants | Completed on 8/6/2024 |
| Answer or Other Response To Complaint | 8/27/2024 |
| Plaintiff to Answer Counterclaims | 9/17/2024 (for timely filed counterclaims); 9/20/2024 (for the untimely counterclaims filed at Dkt. 129) |
| Initial Disclosures of Both Parties (LPR 2.1) | 10/4/2024 |
| Initial Infringement Contentions (LPR 2.2) | 10/18/2024 |
| Initial Non-Infringement and Invalidity Contentions 14 days (LPR 2.3) | 11/1/2024 |
| Initial Response To Invalidity Contentions (LPR 2.5) | 11/15/2024 |
| Reduction of Patent Claims (LPR 3.1) | 2/28/2025 |
| Final Infringement, Unenforceability, and Invalidity Contentions (LPR 3.1) | 3/14/2025 |
| Final Non-Infringement, Enforceability, and Validity Contentions (LPR 3.2) | 4/11/2025 |

| EVENT SCHEDULED | DEADLINE |
|---|---|
| Exchange of Claim Terms Needing Construction (LPR 4.1) | 4/25/2025 |
| Close of Fact Discovery – Part 1 (LPR 1.3) | 5/23/2025 |
| Opening Claim Construction Brief (by alleged infringer) (LPR 4.2(a)) | 5/30/2025 |
| Responsive Claim Construction Brief (by patent infringement asserter) (LPR 4.2(c)) | 6/27/2025 |
| Reply Claim Construction Brief (LPR 4.2(d)) | 7/11/2025 |
| Joint Claim Construction Chart | 7/18/2025 |
| Claim Construction Hearing (LPR 4.3) | Per the Court |
| Claim Construction Ruling (nominal) | Per the Court |
| Discovery re Opinions of Counsel (LPR 3.6) | 35 days (5 weeks) before final close of fact discovery |
| Close of Fact Discovery | 42 days (6 weeks) after Claim Const. Ruling |
| Expert Reports of Parties with Burden of Proof (LPR 5.1(b)) | 21 days (3 weeks) after close of discovery |
| Rebuttal Expert Reports (LPR 5.1(c)) | 35 days (5 weeks) after initial expert reports |
| Completion of Expert Witness Depositions (LPR 5.2) | 35 days (5 weeks) after rebuttal expert reports |
| Final Day for Filing Dispositive Motions (LPR 6.1) | 28 days (4 weeks) after close of all discovery |

Discovery is permitted with respect to claims of willful infringement and defenses of patent invalidity or unenforceability not pleaded by a party, where the evidence needed to support these claims or defenses is in whole or in part in the hands of another party.

Communications between a party's attorney and a testifying expert relating to the issues on which he/she opines, or to the basis or grounds in support of or countering the opinion, are subject to discovery by the opposing party only to the extent provided in Rule 26(b)(4)(B) and (C).

In responding to discovery requests, each party shall construe broadly terms of art used in the patent field (e.g., "prior art", "best mode", "on sale"), and read them as requesting discovery relating to the issue as opposed to a particular definition of the term used. Compliance with this

provision is not satisfied by the respondent including a specific definition of the term in its response, and limiting the response to that definition.

Additionally, the Court sets a final date for any party to join additional parties or amend pleadings by December 30, 2024.

Dated: September 17, 2024

Jeffrey T. Gilbert
United States Magistrate Judge