**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Pathway IP LLC, et al.

Plaintiff,

v.

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on the Attached Schedule A, et
al.

Defendant.

Case No.:
1:24–cv–05218

Honorable Franklin
U. Valderrama

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 23, 2024:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiff's Motion for
Leave to File its Reply in Support of its Motion for Entry of a Preliminary Injunction
*Instanter* [204] is granted. Mailed notice(ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.