# UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PATHWAY IP LLC, | ) | |
| | ) | Case No. 1:24-cv-5218 |
| Plaintiff, | ) | |
| | ) | Judge: Hon. Franklin U. Valderrama |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey T. Gilbert. |
| The Individuals, Corporations, Limited | ) | |
| Liability Companies, Partnerships, and | ) | |
| Associations Identified in Schedule A | ) | |
| | ) | |
| Defendants | ) | |

## DEFENDANTS' AMENDED AFFILIATES DISCLOSURE STATEMENT

Pursuant to Local Rule 3.2 of the Northern District of Illinois and Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, ATKTTOP Direct, Aixiangpai, Doe 43 and AIXIANGPAI, Doe 81 in Schedule A [DE 85-1] (collectively referred to as "Defendants" hereafter), declare that Defendants are all online platform sellers, and they have no publicly held affiliates.

1. **ATKTTOP Direct.**

Yan Liang (梁艳), owning 80%

Weiping Bo (柏维平), owning 20%

**2. Aixiangpai (Amazon)**

Company: Shenzhen Aixiangpai E-commerce Co., Ltd.

Shareholders: **Feifei Fei**(费菲菲) 80%, **Yuan Wang** 20%

**3. Aixiangpai (Walmart)**

Company: Shenzhen Aixiangpai E-commerce Co., Ltd.

Shareholders: **Feifei Fei**(费菲菲) 80%, **Yuan Wang** 20%


Dated: Oct. 2, 2024

/s/ Jianyin Liu

Jianyin Liu, Esq.
1007675
jamesliulaw@gmail.com
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188

## CERTIFICATE OF SERVICE

I certify that this document has been served to all parties on record via CM/ECF on this Oct. 2, 2024.

/s/ Jianyin Liu