IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
EASTERN DIVISION

| | |
|---|---|
| PATHWAY IP LAW,<br><br>        Plaintiff,<br><br>        v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON THE ATTACHED SCHEDULE "A,"<br><br>        Defendants. | **Case No.: 1:24-cv-05218**<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Jeffrey T. Gilbert**<br><br>**JURY TRIAL DEMAND** |

**JOINT SUPPLEMENT TO THE JOINT RULE 26(f) REPORT**

Pursuant to Local Patent Rule ("LPR") 3.5 of the Northern District of Illinois, Appendix A, Section 7(g) of the LPR, and the Court's September 12, 2024 Minute Entry [171], Plaintiff Pathway IP, LLC ("Pathway") and certain Appearing Defendants, as identified below, submit the following joint Supplement to the Joint Rule 26(f) Report [152]:

**Per Local Patent Rule 3.5(a),[1] advise with respect to each patent in suit:**

**(1) whether the patent is eligible to be challenged at the USPTO by each defendant,**

    **RESPONSE:** U.S. Patent No. 7.841,729 B2 ("Plaintiff's Patent") is eligible to be challenged at the USPTO by all Defendants in accordance with the information found below.

---

[1] Appendix A, Section 7(g) of the LPR references LPR 3.5(b) as the controlling rule, however, based upon the language contained in section 7(g), we believe the appropriate reference to the LPR is 3.5(a), and have thus stated the above in accordance with that belief.

- 2 -

**(2) what form such a challenge may take (inter parties review, post grant review, covered business method review, *ex parte* reexamination, etc.),**

**RESPONSE:** Plaintiff's Patent was issued prior to the AIA going into effect. Therefore, the patent cannot be challenged in a post grant review or a covered business method review. Defendants may challenge via an *inter partes* review (IPR), by requesting a reexamination, or by challenging it in this Court or any federal courts that has jurisdiction over the validity of Plaintiff's Patent.

**(3) the earliest and latest date such a challenge is permitted to be made for each defendant,**

**RESPONSE:** Defendants can currently challenge Plaintiff's Patent via an IPR, *ex parte* reexamination, or in this Court during the course of litigation, but may not challenge Plaintiff's Patent through an IPR after August 8, 2025 (one (1) year after being served with the original Complaint in this matter) and through an *ex parte* reexamination after September 15, 2034.

**(4) whether the patents in suit have been the subject of prior USPTO reviews and, if so, the status of the same, and**

**RESPONSE:** Plaintiff's Patent has not been the subject of any prior USPTO reviews.

**(5) any other prior litigation history of the patents in suit and the status of the same.**

**RESPONSE:** To the best of the Plaintiff's knowledge, Plaintiff Patent does not have any prior litigation history and has not been the subject of any previous lawsuits.

Respectfully submitted on October 2, 2024 by:

[Signatures on following pages]

| | |
|---|---|
| /s/ Sameeul Haque<br>Edward L. Bishop<br>Nicholas S. Lee<br>Benjamin A. Campbell<br>Sameeul Haque<br>ebishop@bdl-iplaw.com<br>nlee@bdl-iplaw.com<br>bcampbell@bdl-iplaw.com<br>shaque@bdl-iplaw.com<br>Bishop Diehl & Lee, Ltd.<br>1475 E. Woodfield Rd.<br>Suite 800<br>Schaumburg, IL 60047<br><br>Brian J. Sodikoff<br>brian-sodikoff@katten.com<br>Katten Muchin Rosenman, LLP<br>525 W. Monroe Street<br>Chicago, IL 60661<br><br>*Counsel for Plaintiff Pathway IP, LLC* | /s/ Wei Wang<br>Wei Wang<br>wei.wang@glacier.law<br>Tao Liu<br>tao.liu@glacier.law<br>Ruoting Men<br>ruoting.men@glacier.law<br>Glacier Law LLP<br>41 Madison Avenue<br>Suite 2529<br>New York, NY 10010<br><br>Tainyu Ju<br>iris.ju@glacier.law<br>Xionghui Murong<br>ben.murong@glacier.law<br>Dandan Pan<br>dandan.pan@glacier.law<br>Glacier Law LLP<br>251 S Lake Ave., Suite 910,<br>Pasadena, CA 91101<br><br>*Counsel for Def. No. 7 – VividNWUS; Def. No. 8 – XingBoom; Def. No. 9 – ShutterLight; Def. No. 10 – HiFocusiUS; Def. No. 11 – ShiQiaoShang; Def. No. 12 – Jinsnow; Def. No. 13 – XuanXiuUS; Def. No. 14 – Photo Guard; Def. No. 50 – Lixinshunyi; Def. No. 58 – catchpiccus; Def. No. 75 – QiHuichang; Def. No. 76 – RUIHOTOR; and Def. No. 77 – iphotoxx* |

/s/ *Timothy T. Wang*
Timothy T. Wang
twang@nilawfirm.com
Ni, Wang & Massand PLLC
8140 Walnut Hill Ln., Ste 615
Dallas, TX 75231

*Counsel for Def. No. 17 – Sensyne; Def. No. 26 – Wanfaau; Def. No. 28 – Herrfilk; Def. No. 40 – STALLY; Def. No. 42 – XITENG TECH; Def. No. 66 – Vlogging US; Def. No. 49 – Blights; Def. No. 68 – WisaKey US; and Def. No. 69 – EESTOREAMZ*

/s/ *Daniel I. Konieczny (with permission)*
Daniel I. Konieczny
dkonieczny@tdrlaw.com
Tabet DiVito & Rothstein LLC
209 S. LaSalle St., 7th Floor
Chicago, IL 60604

*Counsel for Def. No. 1 – Legee Tech, Def. No. 5 – BONFOTO, Def. No. 15 – PANYINYING, Def. No. 16 – Qirui-US, Def. No. 48 – iphoto digit, Def. No. 53 – Lanyuantai, Def. No. 57 – Pixel Lighting, Def. No. 61 – AMTLJ-US, Def. No. 65 – Auriani-US, Def. No. 72 – CY Direct US, and Def. No. 79 – NovoNost-us*

/s/ *Pete Wolfgram (with permission)*
Pete Wolfgram
pwolfgram@stratumlaw.com
Startum Law, LLC
2424 E. York St. Ste. 223
Philadelphia, PA 19125

*Counsel for Def. No. 62 – Jian jin Company*

/s/
Zhi (Teddy) Gong
zg2125@caa.columbia.edu
Law Office of Theodore Gong, P.A.
2136 Ford Parkway
St. Paul, MN 55116

*Counsel for Def. No. 25 – Kaiess Store and Def. No. 74 – Weilisi*


/s/ *Jianyin Liu (with permission)*
Jianyin Liu
jamesliulaw@gmail.com
Law Offices of James Liu, PLLC
9010 SW 25th St. Unit 1
Miami, FL 33165

*Counsel for Def. No. 43 – Aixiangpai*


/s/ *Qianwu Yang (with permission)*
Qianwu Yang
Yi Yi
yang@shm.law
yi.yi@shm.law
SHM Law Firm
3000 El Camino Real, Building 4, Suite 200
Palo Alto, CA 94306

*Counsel for Def. No. 2 – Luxsure US and Def. No. 60 – Yarrashop Direct*


/s/ *Jeffrey E. Schiller (with permission)*
Jeffrey E. Schiller
schiller@gtv-ip.com
Grogan, Tuccilo & Vanderleeden. LP
35 East Wacker Drive; Suite 650
Chicago, IL 60601

*Counsel for Def. No. 6 – Unicucp US; Def. No. 27 - Woputne-US; and Def. No. 41 – Okshopping*