IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATHWAY IP, LLC,<br><br>        Plaintiff,<br>v.<br><br>The Individuals Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint,<br><br>        Defendants. | Civil No.: 1:24-cv-05218<br><br>Honorable Franklin U. Valderrama<br><br>Magistrate Judge Jeffrey T. Gilbert |

## STATUS REPORT REGARDING MOTION TO RECOVER DAMAGES FOR PLAINTIFF'S WRONGFUL TEMPORARY RESTRAINING ORDER

Defendant Lanyuantai (Def. 53), through its attorneys, respectfully submits the following status report regarding its motion to recover damages for Plaintiff's Wrongful Temporary Restraining Order:

1. The parties have reached an agreement as to the amount of compensation owing to Defendant Lanyuantai for any and all fees, costs, and damages due to the TRO.

2. Accordingly, by agreement, Lanyuantai's motion is withdrawn as moot.

Date: November 12, 2024

Respectfully submitted,
DEFENDANT LANYUANTAI

By: /s/ Daniel I. Konieczny

Hua Chen
ScienBiziP, P.C.
550 S. Hope Street, Suite 2825
Los Angeles, California 90071
Telephone: (213) 426-1771
huachen@scienbizippc.com

Daniel I. Konieczny
Jeffrey L. Grinde Jr.
Tabet DiVito & Rothstein LLC
209 S LaSalle Street, 7th Floor
Chicago, IL 60604
312-762-9450
dkonieczny@tdrlaw.com
jgrinde@tdrlaw.com