IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATHWAY IP LLC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON THE ATTACHED SCHEDULE "A,", <br><br> Defendant. | Civil Action No. 1:24-cv-05218 <br><br> Honorable Franklin U. Valderrama <br><br> Magistrate Judge Jeffrey T. Gilbert |

## STATUS REPORT

Pursuant to the Court's November 8, 2024 Minute Entry [229], Plaintiff Pathway IP LLC ("Plaintiff") submits this Status Report regarding how Plaintiff wishes to proceed against the remaining Defendants in light of the Court granting, in part, Defendant Nos. 2) Luxsure-US and 60) Yarrashop Direct's Amended Emergency Motion to Dismiss for Improper Joinder [105] – where the Court directed the clerk to sever those defendants into a single, new action. *See* [230] (order severing Defendants No. 2 and 60 into a new action).

Aside from the motion at Dkt. 105, three other pending motions have raised joinder:

1. Dkt. 111, filed by Defendant Nos. 4) ATKTTOP Direct, 43) Aixiangpai, and 81) AIXIANGPAI;

2. Dkt. 140, filed by Defendant Nos. 1) Legee Tech, 5) BONFOTO, 15) PANYINYING, 16) Qirui-US, 48) iphoto digit, 53) Lanyuantai, 57) Pixel Lighting, 61) AMTLJ-US, 65) Auriani-US, 72) CY Direct US, and 79) NovoNost-us; and

3. Dkt. No. 140, filed by Defendant Nos. 25) Kaiess Store and 74) Weilisi.

Consistent with the Court's ruling on the motion filed by Defendants No. 2 and 60 [105] Plaintiff proposes severing the case into a total of five cases (three additional cases from the two already pending):

1. Defendant Nos. 2) Luxsure-US and 60) Yarrashop Direct (who have already been severed and are currently in Case No. 24-cv-11651;[1]

2. Defendant Nos. 4) ATKTTOP Direct, 43) Aixiangpai, and 81) AIXIANGPAI (to be severed in a new action assigned to this Honorable Court);

3. Defendant Nos. 1) Legee Tech, 5) BONFOTO, 15) PANYINYING, 16) Qirui-US, 48) iphoto digit, 53) Lanyuantai, 57) Pixel Lighting, 61) AMTLJ-US, 65) Auriani-US, 72) CY Direct US, and 79) NovoNost-us (to be severed in a new action assigned to this Honorable Court);

4. Defendant Nos. 25) Kaiess Store and 74) Weilisi (to be severed in a new action assigned to this Honorable Court); and

5. All other remaining Defendants in this matter, who have either not appeared or who have not raised the issue of misjoinder, which is waivable[2] would remain in this action.

---

[1] The Court's Order [230] severing Defendants No. 2 and 60 into the new action has been docketed in the new action. In that Order, the Court instructed that the newly created case should be assigned to this Court. *See* [230] at pg. 10. At the moment, the new case (Case No. 24-cv-11651) has been assigned to the Honorable Judge Lindsay C. Jenkins. To the extent the case is not reassigned to this Honorable Court before the first hearing with Judge Jenkins, Plaintiff intends to note the oversight and ask that the case be reassigned.

[2] *See* 35 U.S.C. § 299(c) (regarding joinder in patent cases: "A party that is an accused infringer may waive the limitations set forth in this section with respect to that party."). It is Plaintiff's position that any Defendant who has not appeared or has filed an answer or a motion to dismiss without raising the issue of misjoinder, has thus waived the limitations of Section 299.

Upon severing Defendants into new actions assigned to this Honorable Court as outlined above, Plaintiff intends to move for an Order consolidating all five actions at least for the purposes of discovery and claim construction.

Dated: November 15, 2024                                    Respectfully submitted,

/s/ Sameeul Haque
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Telephone:     (847) 969-9123
Facsimile:      (847) 969-9124

*Counsel for Plaintiff, Pathway IP LLC*

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this November 15, 2024. Any other counsel of record will be served by electronic mail and/or first-class mail.

                /s/ Sameeul Haque
                Sameeul Haque